Kevin Curley  K46348
_____
Name and Prisoner/Booking Number

Salinas Valley State prison
_____
Place of Confinement

P.O.Box 1050
_____
Mailing Address

Soledad CA. 93960
_____
City, State, Zip Code

**FILED**

FEB 0 9 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Kevin Curley
_____ ,
(Full Name of Plaintiff)        Plaintiff,

v.

(1) CDCR - CSP-SAC Warden D. Baughman ,
(Full Name of Defendant)

(2) _____ ,

(3) _____ ,

(4) _____ ,
                 Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:18-CV-0318 CKD (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: California State prison. Sacramento.

Revised 3/15/2016                    1

## B. DEFENDANTS

1. Name of first Defendant: _Warden D.B aughman_ . The first Defendant is employed as:
   _W arden_ at _CSP-SAC_ .
   (Position and Title) (Institution)

2. Name of second Defendant: _M. Hatfield_ . The second Defendant is employed as:
   _Correctional officer_ at _CSP-SAC_ .
   (Position and Title) (Institution)

3. Name of third Defendant: _ISU officerGivens_ . The third Defendant is employed as:
   _ISU CDCR correctional officer_ at _CSP-SAC,_ .
   (Position and Title) (Institution)

4. Name of fourth Defendant: _B.Villa_ . The fourth Defendant is employed as:
   _correctional sgt._ at _CSP-SAC,_ .
   (Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?      ☑ Yes      ☐ No

2. If yes, how many lawsuits have you filed? _1_ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _POJCurley_ v. _Dutta_
      2. Court and case number: _united States District Courts Eastern District of California 2:17 cv 0010SAC_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _pending_

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

ISSUE                              # 1

COMPLAINT IS HERE FILED AGAINST THE LISTED PERSON(S), HERE FILED TO  (1)
THE OFFICE OF INTERNAL AFFAIRS; (2) THE INSPECTOR GENERALS OFFICE ;
(3) AND THE DEPARTMENT OF JUSTICE UNDER 18 USC 241, 242.

PERSONAL PROPERTY AS LISTED, HAS BEEN LOSSED AND/OR DESTROYED AS A
RESULT OF EMPLOYEE ACTION, AN EMPLOYEE OF CDCR. THE MATTER HAS BEEN
APPEALED TO THE THIRD LEVEL, EXHAUSTING ALL ADMINISTRATIVE REMEDIES.

UPON APPEAL, CDCR ET. AL., HAVE NOT ALLOWED FOR A DETERMINATION UPON
ALL THE FACTS AND EVIDENCE WHICH MUST BE CONSIDERED TO MAKE A DETERMINATION.
THE FACTS WHICH REFLECT THAT STAFF, A CDCR EMPLOYEE, HAS CAUSED THE LOSS
OF PROPERTY HAS NOT BEEN CONSIDERED UNDER THE APPEAL PROCESS AS FACTS OR
EVIDENCE.

THE EVIDENCE REFLECTS THAT THE REVIEWERS, HAVE RELIED UPON A
UNAUTHENTICATED SIGNATURE, A SIGNATURE NOT CONFIRMED TO BE THE SIGNATURE
OF THE APPLICANT AS KEVIN CURLEY.
NO FACTS HAVE BEEN STATED, CONCLUDED NOR DETERMINED THAT, THE
SIGNATURE RELIED UPON AS EVIDENCE, IS IN FACT THE SIGNATURE OF THE
APPLICANT. THESE FACTS EXIST AS EVIDENCE IN FAVOR OF THE APPLICANT WITH
ALL THE FACTS TO BE CONSIDERED FOR A JUST CONCLUSION AND DETERMINATION
AS REQUIRED BY THE EQUAL PROTECTION OF THE LAWS OF THE UNITED STATES.

THE EVIDENCE REFLECTS THAT NO OFFICER, ON THE DATE OF 11-8-16, ISSUED
PROPERTY TO THE APPLICANT, NOR THAT A OFFICER RECEIVED THE PROPERTY IN
QUESTION FROM THE STORING AREA TO BE ISSUED.
NO FACTS OR EVIDENCE REFLECT WHAT OFFICER WAS TO HAVE ISSUED THE
PROPERTY ON 11-8-16, NOR HAS IT BEEN DETERMINED WHAT DATE THE PROPERTY
WAS TO HAVE LEFT THE STORING AREA AS HELD BY STAFF.
NO EVIDENCE EXIST FOR THE REVIEWER TO RELY AS A THIRD PARTY, TO FIND
THAT PROPERTY LEFT THE STORING AREA OR WAS ISSUED BY A STAFF MEMBER.

THE REVIEWING OFFICERS/EMPLOYEES, HAVE RELIED UPON EVIDENCE SEPERATE
FROM THE COMPLAINT, i.e. CLASSIFICATION AS A INMATE. THE STATEMENTS OF,
THATS NOT MY SIGNATURE HAS NOT BEEN EXCEPTED NOR CONSIDERED AS EVIDENCE
WITH ALL THE FACTS WHICH REFLECT THAT THE PROPERTY NEVER LEFT THE
STORING AREA.

A BLANK COPY WAS PRODUCED ON, OR AFTER THE DATE OF 1-15-17. THEN A
LATER COPY WAS PRODUCED WITH AN ALLEGED SIGNATURE ALLEGED TO BE
EVIDENCE THAT THE APPLICANT WAS TO HAVE RECEIVED PROPERTY ON A UNKNOWN
DATE BY A UNKNOWN OFFICER.

FALSE EVIDENCE HAS BEEN PRODUCED BY THE EMPLOYEES OF CDCR, AND RELIED
UPON AS DEFINED BY FRAUD, AND/OR VIOLATIONS OF THE LAW(S) OF CALIFORNIA.
THESE FACTS ARE PRESENTED AS EVIDENCE

2

1

2     THE REVIEWER(S), HAS ALLEGED THAT THE INMATE HAS FALSIFIED A COPY, OR
      MADE A COPY, ACTS OF FRAUD. YET, NO RULES VIOLATION EXIST, NO FINDINGS
3     OF FRAUD EXIST FOR A PERSON TO FIND OR ALLEGE THAT A FALSE COPY HAS BEEN
      MADE AS ALLEGED BY THE REVEIWING PERSON.
4         THESE ALLEGATIONS, WITHOUT ANY FACTS OR EVIDENCE TO RELY, ARE FURTHER
      EVIDENCE OF BIAS AND/OR PREDJUDICE, ACTS IN FAVOR OF STAFF, ACTS WHICH
5     REFLECT THAT THE APPLICANT HAS NOT BEEN PROVIDED A FAIR HIRING.
          THESE FACTS ALSO HOLD A PREDETERMINATION OF THE FACTS AND EVIDENCE TO
6     BE CONSIDERED, THAT THE APPLICANT HAS CREATED FALSE DOCUMENTS WITHOUT ANY
      FACTS OR EVIDENCE FOR ANY PERSON TO RELY.
7
          HERE AGAIN, NO FACTS OR EVIDENCE EXIST FOR A PERSON TO FIND OR STATE
8     THAT THE PERSONAL PROPERTY IN QUESTION LEFT THE STORING AREA, BUT THAT IT
      WAS INVENTORIED TO BE ISSUED.
9         NO EVIDENCE OF A DATE, OR OF WHOM WAS TO HAVE ISSUED THE PROPERTY IN
      QUESTION EXIST FOR A PERSON TO STATE THAT ON THIS DATE, OR AT THIS TIME,
10    YOU WERE ISSUED YOUR PERSONAL PROPERTY.

11

12

13                        ISSUE                    # 2

14    _____

15        THE EVIDENCE ESTABLISHES THAT ON 6-6-16, THAT TWO TELEVISIONS WERE
      IN WORKING ORDER IN THE CELL OF THE APPLICANT.
16
          THE EVIDENCE ALSO REFLECTS THAT A TELEVISION WAS TO HAVE BEEN
17    CONFISCATED AS CONTRABAND. NO FACTS EXIST OF WHOM THE TELEVISION WAS TO
      BELONG TO. NO RULE VIOLATION FINDING OF GUILTY EXIST AGAINST THE APPLICANT
18    WHICH REFLECTS THAT THE APPLICANT WAS IN POSSESSION OF CONTRABAND AS A
      TELEVISION.
19        THE EVIDENCE REFLECTS THAT A RULE VIOLATIONS REPORT WAS ISSUED FOR
      THE OWNER OF THE ALLEGED CONTRABAND.
20
          ALL PARTIES OF THE DATE OF 6-9-16, WAS AWARE THAT PROPERTY WAS RETAINED
21    TO CONDUCT FURTHER SEARCHES. THE REVIEWER ALLEGES THAT THE SIGNATURE OF
      6-9-16 INDICATES THAT THIS IS ALL THE PROPERTY OF THE APPLICANT WITHOUT
22    THE FURTHER KNOWLEDGE OF OTHER PROPERTY RETAINED FOR FURTHER SEARCH OF
      ALLEGED CONTRABAND, AND WITHOUT CONSIDERATION OF THE OTHER PROPERTY
23    LATER PLACED INTO THE APPLICANTS PROPERTY UPON THE SAME FORM 1083.
          THE FACTS REFLECT THAT ON 6-9-16, STAFF DID NOT INVENTORY OR STORE ALL
24    THE INMATES PROPERTY, AND THE APPLICANT CLEARLY HAD PROPERTY ON THIS
      DATE AS A TELEVISION.
25
      NO FACTS EXIST WHICH REFLECT THAT THE APPLICANTS TELEVISION WAS TAKEN AS
26    CONTRABAND FOR ANY PERSON TO STATE THESE FACTS TO BE TRUE, NOT FOR ONE TO
      ASSERT THESE FACTS TO BE TRUE.
27

28                                    3

1

2

3   ON THE DATE OF, 6-9-16, I WAS PLACED IN AD-SEG UPON A CELL SEARCH, WHERE
OFFICERS LOGGED AND CONFISCATED A TELEVISION, AND FURTHER HELD PROPERTY TO
4   CONDUCT FURTHER SEARCHING FOR CONTRABAND BY ISU OR CDCR.

5   DURING THE ACTS OF RECORDING PROPERTY, STORING OF PROPERTY, SEARCHING OF
PROPERTY FOR CONTRABAND. THE STAFF RECORDED TWO TELEVISIONS TO BE IN
6   WORKING ORDER. THE DOCUMENT AS A " CELL SEARCH WORKSHEET " DOES NOT REFLECT
WHICH INMATE THE ALLEGED CONFISCATED TELEVISION BELONGED TO, NOR HAS A
7   RULE VIOLATION FOUND THAT I WAS IN POSSESSION OF ANY CONTRABAND IDENTIFIED
AS A ALTERED TELEVISION. NO FINDING OF A RULE VIOLATION EXIST UPON THE
8   EVIDENCE AND STATEMENTS BY OFFICER GIVENS THAT A RULE VIOLATION REPORT WAS
ISSUED FOR CONFISCATED CONTRABAND.
9   THE SAME " CELL SEARCH WORKSHEET " DECLARES THAT A RULE VIOLATION REPORT
WAS WRITTEN BY GIVENS, ISSUED TO INMATE CURLEY.

10
NO RULE VIOLATION FINDING HAS BEEN FOUND WHICH REFLECTS THAT I, KEVIN
11   CURLEY WAS IS POSSESSION OF A ALTERED TELEVISION, A TELEVISION DEFINED AS
" CONTRABAND ".
12
NO FACTS OR EVIDENCE REFLECTS THAT THE CONFISCATED TELEVISION BELONGED TO
13   INMATE KEVIN CURLEY TO BE CONSIDERED AS FACTS OR EVIDENCE. NOR FOR ME,
KEVIN CURLEY, TO ALLEGE THAT THE CONFISCATED TELEVION WAS THE TELEVISION
14   THAT I ACTUALLY POSSESSED AS A " HITEKER 13in T.V. "

15   ALL ATTACHED PERSONS, PERSONS OF THE DATE OF 6-9-16, WERE AWARE THAT
ISU, OR OFFICER GIVENS, RETAINED SPECIFIC ITEMS TO BE FURTHER SEARCHED FOR
16   CONTRABAND.
ON 6-25-16, ISU OR OFFICER GIVENS, RETURNED ITEMS, PLACED ITEMS NOT
17   RECORDED ON 6-9-16, IN MY PROPERTY, ITEMS THAT WERE TO BE SEARCHED OR
RETAINED AS EVIDENCE BY ISU.

18
THE FACTS REFLECT THAT ALL THE PROPERTY OF KEVIN CURLEY, WAS NOT
19   INVENTORIED, NOT RECORDED ON 6-9-16.
.   THE SIGNATURE OF KEVIN CURLEY ON 6-9-16 ACKNOWLEDES THAT THE ITEMS LISTED
20   WERE PRESENT, NOT THAT ALL EXISTING PROPERTY WAS RECORDED ON THE DATE OF
6-9-16 AS PLACED INTO THE PROPERTY OF KEVIN CURLEY.
21
NO FACTS OR EVIDENCE REFLECT THAT A TELEVISION WAS RETURNED TO THE
22   PERSON OF KEVIN CURLEY TO BE FOUND BY CDCR, OR TO BE STATED AS FACTS OR
EVIDENCE BY ANY PERSON.
23   THE FACTS REFLECT THAT TWO TELEVISIONS WERE LOCATED IN THE CELL OF BOTH
INMATES ON 6-9-16.
24
CDCR AND ITS EMPLOYEES HOLD THAT THE TELEVION STATED TO BE CONTRABAND
25   ON 6-9-16, WAS THE PROPERTY IN QUESTION, WAS THE PROPERTY OF KEVIN CURLEY,
AND HAVE STATED OR HELD THESE FACTS TO BE TRUE WITHOUT A FINDING, OR
26   CONCLUSION OF INMATE KEVIN CURLEY BEING IN POSSESSION OF CONTRABAND
AS A TELEVION ON 6-9-16.

27

28                                    4

ON THE SAME DATE OF 6-9-16, I WAS PLACED IN AD-SEG UPON A CELL SEARCH. THE OFFICERS, LE BECK AND EFFIONG, RECORDED THREE BOXES OF PROPRTY.

ON, OR ABOUT, 11-8-16, A INVENTORY SHEET EXIST OF PROPERTY TO BE ISSUED TO INMATE KEVIN CURLEY. THESE ITEMS AS TWO BOXES, WERE NEVER ISSUED TO ME, KEVIN CURLEY.

UPON THE COMPLAINT, INQUIRY OF THESE PROPERTY ITEMS, CDCR AND ITS EMPLOYEES PRODUCED THE FORM CDCR 1083 WITHOUT ANY SIGNATURE.

UPON FURTHER RESPONCE OF THE COMPLAINT, DURING THE 602/APPEAL PROCESS, AN ALLEGED SINATURE WAS PRODUCED, STATED TO BE MY SIGNATURE WHICH INDICATES THAT I RECEIVED THE TWO BOXES OF PROPERTY ON SOME UNKNOWN DATE.

THE FACTS REFLECT AS EVIDENCE, NO SIGNATURE OF ANY OFFICER AS VARIFICATION THAT THE PROPERTY WAS ACTUALLY ISSUED TO THE PERSON OF KEVIN CURLEY.
THE FACTS REFLECT THAT THE PROPERTY NEVER LEFT THE R&R AREA TO BE ISSUED.
   a) NO SIGNATURE REFLECTS THAT AFTER THE INVENTORY, THAT THE OFFICER RECEIVED THE PROPERTY FROM R&R. THAT THE PROPERTY WAS RELEASED FROM R&R, TO BE ISSUED BY THE ASU OFFICER WHO TRANSFERS PROPERTY FROM R&R TO BE ISSUED TO INMATES.
   b) NO SIGNATURE REFLECTS THAT A PERSON, A OFFICER ACTUALLY ISSUED THE TWO BOXES OF PROPERTY TO INMATE KEVIN CURLEY.

THE FACTS REFLECT THAT NO OFFICER HAS VARIFIED OR DECLARED THAT THE TWO BOXES OF PROPERTY WAS PROVIDED TO KEVIN CURLEY. NOR HAS ANY EVIDENCE BEEN IDENTIFIED BY CDCR AND ITS EMPLOYEES, THAT THE TWO BOXES OF PROPERTY WAS PROVIDED TO ME, NOR ISSUED TO ME BY A STAFF MEMBER.

A DECLARED SIGNATURE, A SIGNATURE NOT FOUND TO BE OF THE PERSON OF KEVIN CURLEY. THESE FACTS EXIST UPON CDCR AND ITS EMPLOYEES PROVIDING BOTH A FORM 1083 WITHOUT A SIGNATURE AND THEN WITH A SIGNATURE. BOTH THESE FORMS AS EVIDENCE WAS PROVIDED AFTER 1-25-17, UPON OR AFTER THE COMPLAINT THAT STAFF HAS CAUSED THE LOSS OF PERSONAL PROPERTY.

THE SAME EVIDENCE WHICH IS OR WAS TO BE RELIED UPON CONTRADICTS ITSELF, IT ALLEGED THAT PROPERTY WAS ISSUED WITHOUT ANY FACTS WHICH REFLECT THAT A OFFICER ISSUED THE PROPERTY TO THE INMATE, TO BE RECEIVED BY THE INMATE.
   NO FACTS OR EVIDENCE EXIST FOR THE REVEIWING OFFICER TO FIND OR ASSERT THAT THE TWO BOXES OF PROPERTY WAS ISSUED BY ANY OFFICER TO INMATE KEVIN CURLEY, OR THAT THE PROPERTY LEFT THE R&R LOCATION AFTER INVENTORY.

NO PERSON, EMPLOYEE OF CDCR OR OTHERWISE, HAS CONFIRMED THAT THE SIGNATURE ALLEGED OF 11-8-16, IS THE SIGNATURE OF KEVIN CURLEY FOR A PERSON TO FIND OR DECLARE THAT THE SIGNATURE IS A SIGNATURE BY KEVIN CURLEY OF WHOM RECEIVED PROPERTY ON A UNKNOWN DATE BY A UNKNOWN PERSON/OFFICER.

5

*Kevin Curley*

9-20-17.

# EXHIBIT COVER PAGE



**EXHIBIT**

Description of this Exhibit: ̄ 602, property aftach ment sheets

Number of pages to this Exhibit: **28** pages.

JURISDICTION:   (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☑ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA  94283-0001

**THIRD LEVEL APPEAL DECISION**

Date:    AUG - 8 2017

In re:    Kevin Curley, K46348
California State Prison, Sacramento
P.O. Box 29
Represa, CA  95671

TLR Case No.: 1705617                Local Log No.: SAC-17-00417

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner H. Liu, Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position that California State Prison - Sacramento (SAC) staff misplaced his property. The appellant asserts during his Administrative Segregation Unit (ASU) placement on January 9, 2016, he was returned one of the three boxes of his property listed within the CDC Form 1083, Inmate Property Inventory, dated June 9, 2016. The appellant asserts his alleged missing items are listed within his submitted CDC Form 1083 dated June 9, 2016, and November 8, 2016; Department of State Hospital Patient Property Inventory dated August 15, 2016; and Walkenhorst's Sales Invoice dated August 14, 2014. The appellant asserts the Facility "B" Property Officer informed him to file an appeal for his alleged missing property, as the CDC Forms 1083 dated November 8, 2016, demonstrate that he did not sign the forms to indicate he was in receipt of the property. The appellant asserts upon release from the ASU, one pair of shoes, an AM/FM compact disc (CD) boom box, religious medallion with chain, one Clear Tech adapter and one Hitec 13-inch television were missing. The appellant alleges staff misconduct and negligence resulted in his property being misplaced.

The appellant requests the CDC Form 143, Property Transfer Receipt dated January 25, 2017, be acknowledged and he be compensated for the alleges two missing boxes of property.

**II    SECOND LEVEL'S DECISION:** The reviewer found that there was basis to deny the appeal. The previous level of review noted on February 14, 2017, an interview was conducted with the appellant and he was asked additional questions pertaining to his alleges missing items listed within the appeal. During the interview, the appellant provided inconsistent information as to the number of boxes missing and issued to him. The appellant further expressed the main missing item of his concern was a 13-inch television that was confiscated during his placement in the ASU. A review of various CDCR documents pertaining to the appellant's property relevant to the appeal that was provided by the Receiving and Release (R&R) Property Correctional Officer (Officer), M. Hatfield. The appellant's submitted CDC Form 1083 dated November 8, 2016, has been altered/false. A CDC Form 1083 dated November 8, 2016, was obtain from the R&R with the appellant signature acknowledging receipt of all of his personal property. As such the appellant's request that he be reimbursed for all of his alleged missing property with items of equal or greater value was denied. Furthermore, on June 9, 2016, the appellant was originally placed in the ASU pending the results of testing at an outside facility and the completion of an investigation into his ability to obtain and distribute a controlled substance. A 13-inch Hitec television was indeed confiscated by Investigative Services Unit Officer Givens, based upon the television being altered from its original state. The California Code of Regulations, Title 15, (CCR) 3006 and CDCR Operations Manual, Section (DOM) 54030.10.11 identifies property altered from its original state as contraband. Officer Givens properly documented the reason for the confiscation, in a Cell Search Worksheet dated June 9, 2016. Additionally, upon reviewing the appellant's Institutional Bed Card revealed that the appellant did not arrive at SAC with a 13-inch Hitec Television. The appellant's submitted Walkenhorst's Sales Invoice dated August 8, 2014, from Salinas Valley State Prison to be irrelevant. The Institutional Bed Card also documented the appellant was not in possession of an AM/FM CD boom box upon arrival at SAC. Based upon the aforementioned, the appellant's request that he be reimbursed with a new 13-inch television and an AM/FM CD boom box was denied. Additionally, during the Second Level of Review (SLR) interview conducted with the appellant on April 17, 2017, he was observed wearing a silver

KEVIN CURLEY, K46348
CASE NO. 1705617
PAGE 2

chain with a star medallion, as articulated within the First Level of Review. The CDC Form 1083 dated November 8, 2016, obtained from R&R, to be relevant and will be provided as attachment this appeal response. All submitted documentation and supporting arguments have been considered; the appellant failed to raise any significant new issues or compelling information. Staff acted appropriately and all matters were addressed in accordance with the CCR and DOM. Based upon the aforementioned, the appeal was denied at the SLR.

**III THIRD LEVEL DECISION:** Appeal is denied.

    **A. FINDINGS:** Upon review of the documentations submitted, the Third Level of Review (TLR) has determined that the appellant's grievance has been appropriately reviewed and evaluated by the institution. The TLR finds that the issues were appropriately addressed at the SLR. The CCR 3193(a) states in part, "In permitting inmates to possess items of personal property while they are incarcerated, the department does not accept liability for the theft, loss, damage or destruction of such property resulting from the intentional or careless act or activities of any inmate." The regulations are clear in that the department cannot accept responsibility for the appellant's property where there is no liability established. The TLR finds that SAC staff acted appropriately and in accordance with the regulations and guidelines set forth by the CCR 3193, as he has not provided evidence to support his claim that staff's action resulted in the misplacement of his property. After considering all the evidence and arguments herein, it has been determined that staff acted appropriately on the appellants' request and are following Departmental policy and procedures. Therefore, there shall be no relief afforded to the appellant at the TLR.

    The appellant has added new issues and requests to his appeal. The additional requested action is not addressed herein as it is not appropriate to expand the appeal beyond the initial problem and the initially requested action (CDC Form 602, Inmate/Parolee Appeal Form, Sections A and B).

    **B. BASIS FOR THE DECISION:**
CCR: 3001, 3005, 3006, 3084.1, 3084.7, 3190, 3191, 3192, 3193, 3270, 3380
DOM: 54030.10.11

    **C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR. If dissatisfied, the appellant may forward this issue to the Government Claims Program, Department of Risk Insurance Management, Department of General Services P.O. Box 989052, MS 414, West Sacramento, CA 95798-9052 for further review.

H. LIU, Appeals Examiner
Office of Appeals

M. VOONG, Chief
Office of Appeals

cc:    Warden, SAC
        Appeals Coordinator, SAC

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| | | IAB USE ONLY | Institution/Parole Region: | Log #: | Category |
|---|---|---|---|---|---|

1705617

K46348

**SAC-B-17-00417**  ⑤

FOR STAFF USE ONLY

Y~~...~~ons and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material
ac~~...~~ ~~upon your welfare and for which~~ there is no other prescribed method of departmental review/remedy available.  See California Code of
Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar
days of the event that led to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further
guidance with the appeal process.  No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| *Curley Kevin* | *K46348* | *B2-226* | *GP. CCCMS* |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):  *Missing property*

**A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): *I've took all
of the proper measures to obtain personal property
which was packed up 6/9/16 on a ad-seg placement
csp/sac str property only found one box of three, I'm missing 2*

**B.** Action requested (If you need more space, use Section B of the CDCR 602-A):  *I request for
the property transfer receipt to be acknowledged and
the missing property form acknowledged dated 1-25-17.
I want the missing 2 boxes on inventory slips, or to be compensated.*

Supporting Documents: Refer to CCR 3084.3.

☑ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
*CDC 1083's, 22 forms        patient property Inventory
Walken Horst's sale Invoice    slip/property Inventory Redemp*

☐ No, I have not attached any supporting documents.  Reason : **REC BY OOA**

**MAY 19 2017**

Inmate/Parolee Signature: *Kevin Curley*   Date Submitted: *1-26-16*

☐ By placing my initials in this box, I waive my right to receive an interview.

---

**C. First Level - Staff Use Only**                    Staff – Check One: is CDCR 602-A Attached? ☑ Yes ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review.  Go to Section E.

☑ Rejected (See attached letter for instruction)  Date: *RO 2/1/17* Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter)  Date: _____

☑ Accepted at the First Level of Review.

Assigned to: *B. VILLA*       Title: *SGT.*    Date Assigned: *2.7.17* Date Due: *3/1/17*

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: *2/14/17*       Interview Location *CSP SAC, FAC B, 2BLOCK OFFICE*

Your appeal issue is:  ☐ Granted  ☑ Granted in Part  ☐ Denied   ☐ Other: _____

See attached letter.  If dissatisfied with First Level response, complete Section D.

Interviewer: *SGT. B. VILLA*   Title: *SGT*  Signature: *Villa*          Date completed: *2/20/17*
(Print Name)

Reviewer: *S. M~~...~~*  Title: *AW (A)*  Signature: *S.M.*
(Print Name)

Date received by AC: *3/23/2017*

| | AC Use Only |
|---|---|
| | Date mailed/delivered to appellant *3/24/2017* |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE APPEAL
Case 2:18-cv-00318-TLN-CKD   Document 1   Filed 02/09/18   Page 11 of 43
CDCR 602 (REV. 03/12)
Side 2

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

I am dissatisfied of the partial granting and denial of my 602, pertaining to my missing property and the SGT villa who responded to the 602 acted in a very unprofessional manner, on my 6/9/16 1083 inventory property, IT was not implemented that my TV was confiscated, I thought ISU Given held it for the investigation, my TV was not altered, and staff can't prove allege allegations, I was ordered to write out a list of all missing property by Appeals Coordinator, and my 11/8/16 property slip show I never got ISU property.

Inmate/Parolee Signature: _Kevin Curley_     Date Submitted: 3-27-17

---

**E. Second Level - Staff Use Only**     Staff – Check One: Is CDCR 602-A Attached? ☒ Yes ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☒ Accepted at the Second Level of Review

Assigned to: Lt. M.G. Saragoza   Title: Lt   Date Assigned: 4·6·17   Date Due: 5·12·17 4/21/17

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____    Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☒ Denied ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: M.G. SARAGOZA   Title: Lt   Signature: _____   Date completed 4/21/17
(Print Name)

Reviewer: D. Baughman   Title: Warden   Signature: _____
(Print Name)

Date received by AC: 05/05/17

**AC Use Only**
Date mailed/delivered to appellant 05/05/17

---

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

my 602 appeal should not have been denied due to more acts of staffs misconduct, my signature was forged and wrote on a copy of the 11-8-16 property inventory form additionally attached. all documents I attached were original, B-yard property noted and had me sign a form for a missing box, my TV & Boom box was stolen & ISU _____ wrote in IE questions I had a TV, my appeal should be granted.

Inmate/Parolee Signature: _Kevin Curley_     Date Submitted: 5-11-17

---

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☒ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☒ Denied ☐ Other: _____
See attached Third Level response.

**Third Level Use Only**
Date mailed/delivered to appellant AUG - 9 2017

---

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____
_____

_____ Inmate/Parolee Signature: _____ Date: _____
Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)                                                                                                    Side 1



**IAB USE ONLY**

1705617

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Curley Kevin | CDC Number: K46348 | Unit/Cell Number: B2-226L | Assignment: GP B-Yrd |
|---|---|---|---|

**A.** Continuation of CDCR 602, Section A only (Explain your issue): the two additional
boxes should have all missing Items on all invent-
ory slips dated, '6/9/16, 8-15-16, 1/8/17 and
and walken horsts, I was called To Csp/sac
B-yard property window and was only issued 1-
box of three, I was informed By B-yard property
officer To file an 602 appeal for missing
property which I've never been issued
while in ad-seg 10-8-16 and the attached
CDCR 1083 will show me never signing that I
was issued property of Form, I'm simply
appealing all property missing on Forms and
receipts, mysteriously My TV came up missing
6/9/16 and my invoice shows I have 9TV,
I take all stolen property missing is an
act of staff misconduct and inappro-
priate handling of inmates property, The forms
will show all, TV, CD player, sony adapter, shoes
(2) Food coffee, hygene, religious madalion, chain ETC.

Inmate/Parolee Signature: _Kevin Curley_ — Date Submitted: _1-26-17_

**B.** Continuation of CDCR 602, Section B only (Action requested):  I want all missing property
or to be reimbursted, I'm missing Two address Books.

**REC BY COA**

**MAY 19 2017**

Inmate/Parolee Signature: _Kevin curley_ — Date Submitted: _1-26-17_

RECEIVED
CSP-SAC APPEALS
2017 JAN 27 AM 10:44
RECEIVED
CSP-SAC APPEALS
2017 FEB -6 AM 11:28
RECEIVED
CSP-SAC APPEALS
2017 MAR 30 AM 9:09

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Inmate/Parolee Signature:** _____  **Date Submitted:** _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Inmate/Parolee Signature:** _____  **Date Submitted:** _____

RE: California State Prison-Sacramento (CSP-SAC)
Second Level Reviewer Response
Appeal Log #: SAC-B-17-00417
Date: April 16, 2017

Inmate: Curley (K-46348)

## APPEAL ISSUE

Property

## APPEAL DECISION

Denied

## APPEAL RESPONSE

Warden David Baughman is the designated reviewer of this appeal at the Second Level of Review (SLR). Correctional Lieutenant M. G. Saragoza was designated by Warden Baughman to conduct an inquiry into your appeal on his behalf, which included performing any necessary interviews and gathering the facts of this case. All submitted documentation and supporting arguments have been considered, including the interview conducted at the SLR. Additionally, a thorough inquiry was conducted regarding the claim presented by you and evaluated in accordance with CSP-SAC Operational Procedures (OP), the Department Operations Manual (DOM), and the California Code of Regulations (CCR), Title 15.

## SUMMARY OF APPEAL

You state during your placement in the Administrative Segregation Unit (ASU) at CSP-SAC, several personal property items were not listed on the CDCR 1083 dated June 9, 2016, due to the missing items being confiscated by Investigative Service Unit (ISU) Officer S. Givens. You state upon your release from ASU and being issued your property, several items appeared to be missing to include non-perishable items, food items, one pair of shoes, an AM/FM compact disc boom box, religious medallion with chain, one clear tech adapter and one Hitec 13" television. You allege your missing property was due to an act of staff negligence.

You are requesting to be reimbursed for the alleged missing property with items of equal or greater value.

## SUMMARY OF INQUIRY

The Department's rules regarding this issue are contained in the following CCR and DOM Sections:

> ➤ **CCR. 3084.1. Right to Appeal.**
> ➤ **CCR. 3084. Appeals.**
> ➤ **CCR. 3193(b). Property.**
> ➤ **CCR. 3005(a). Conduct.**
> ➤ **CCR. 3006. Contraband.**
> ➤ **CCR. 3193. Liability.**
> ➤ **DOM Article 43 Inmate Property**

A review of the Test of Adult Basic Education list reveals you have a Reading Grade Point Level above 4.0, specifically 11.3. Your Developmental Disability Program code is Normal Cognitive Functioning indicating you do not require adaptive functioning services. Your Disability Placement Program code is Non-Applicable. Lt. Saragoza noted you spoke English and were able to answer questions related to this appeal at the SLR, where you did not appear to have any difficulty communicating and did not display any misunderstanding of the appeal issues.

The reviewer considered all submitted documentation and supporting arguments, including the personal interview with you conducted on Sunday, April 17, 2017 by Lt. Saragoza. You stated you had nothing further to add to your appeal and it did not require further clarification.

California State Prison-Sacramento (CSP-SAC)
Second Level Reviewer Response
Appeal Log #: SAC-B-17-00417
Date: April 16, 2017
Inmate: Curley (K-46348)
Page 2 of 2

On April 20, 2017, the reviewer verified various CDCR documents pertaining to your property relevant to this appeal, sent from Receiving and Release (R&R) Property Officer M. Hatfield. The reviewer notes CDCR 1083, Inmate Property Inventory form, dated November 8, 2016, submitted by you, to be an altered/false document. The reviewer was able to obtain a copy of the CDCR 1083, dated November 8, 2016, from R&R with your signature acknowledging the receipt of all of your personal property. For this reason, your request to have all missing property reimbursed with items of equal or greater value is denied.

Furthermore, the reviewer finds on June 9, 2016, you were originally placed in ASU pending the results of testing at an outside facility and the completion of an investigation into your ability to obtain and distribute a controlled substance(s). The reviewer acknowledges a 13-inch Hitec Television, was indeed confiscated by ISU Officer Givens, due to the television being altered from its original state. CCR Section 3006 and DOM Section 54030.10.11 identifies property altered from its original state as contraband. ISU Officer Givens properly notes the reason for the confiscation, in a Cell Search Worksheet dated June 9, 2016. Additionally, after reviewing your Institutional Bed Card, the reviewer notes you did not arrive at CSP-SAC with a 13-inch Hitec Television. The reviewer finds your submitted Walkenhorst's document dated August 8, 2014, from Salinas Valley State Prison, to be irrelevant. Your Institutional Bed Card also notes you were not in possession of an AM/FM compact disc boom box upon arrival at CSP-SAC. For those reasons, your request to be reimbursed with a new 13-inch television and an AM/FM compact disc boom box is denied.

Lastly, the reviewer notes during your personal interview with Lt. Saragoza on April 17. 2017, you were observed wearing a religious medallion; specifically, a silver chain with a star medallion, as noted in the FLR.

The reviewer determined the CDCR 1083 form dated November 8, 2016, obtained from R&R, to be relevant and it will be attached to this appeal.

All submitted documentation and supporting arguments have been considered and you have failed to raise any significant new issues or compelling information in appealing this matter to the SLR. The SLR finds staff acted appropriately and that all matters were addressed in accordance with the CCR and DOM.

## APPEAL DECISION

For the reasons cited above, your appeal is **DENIED.**

DAVID BAUGHMAN
Warden

cc: Inmate Appeals Unit
    Central File

RE: California State Prison- Sacramento (SAC)
First Level Reviewer Response
Appeal, Log: #SAC-B-17-00417
Date: March 1, 2017
Inmate: Curley (K46348)

## APPEAL ISSUE

Property

## APPEAL DECISION

Partially Granted

## APPEAL RESPONSE

Correctional Sergeant (Sgt.) B. Villa was assigned to review this appeal at the First Level Review (FLR) by Associate Warden J. Peterson and a personal interview was conducted on February 14, 2017. A thorough inquiry was conducted regarding the claims presented by the appellant and evaluated in accordance with SAC Operational Procedures (OP), California Code of Regulations (CCR) Title 15, and the Department Operations Manual (DOM).

## SUMMARY OF APPEAL

You claim that during an Administrative Segregation Unit (ASU) placement on June 9, 2016, the property that was documented on a CDC Inmate Property Inventory (CDC Form 1083) sheet dated June 9, 2016, was not returned to you- specifically, (2) two out of (3) three boxes. In addition, you claim that while being housed in ASU, on November 8, 2016, you were not issued all of your property and some of it went missing- including a T.V., Sony adapter, shoes, food, coffee, hygiene, religious medallion chain, etc. A list of missing items dated February 2, 2017, was submitted by the appellant and is attached to this appeal. You request for the property transfer receipt dated January 25, 2017, to be acknowledged and to be compensated for the missing 2 boxes of property.

## SUMMARY OF INQUIRY

The Department's rules regarding this issue are contained in the following CCR Sections:

➢ **CCR 3084.1- Right to Appeal.**
➢ **CCR 3084.7- Levels of Appeal Review and Disposition.**
➢ **CCR 3006- Contraband.**
➢ **DOM 54030.10.11- Contraband.**
➢ **CCR 3193- Liability.**

A review of the Test of Adult Basic Education (TABE) list reveals you have a TABE score of 11.3 and are part of the Mental Health Services Delivery System (MHSDS), at Correctional Clinical Case Management System (CCCMS) level of care. Your Developmental Disability Program (DDP) code is Normal Cognitive Functioning (NCF) indicating you do not require adaptive support services. Your Disability Placement Program (DPP) code is Non-Applicable. Sgt. Villa communicated with you in English and you were able to answer questions related to this appeal at the FLR where you did not appear to have any difficulty communicating and did not display any misunderstanding of the appeal issues.

Effective communication was achieved by speaking slowly; using simple words and terms, and you displayed an understanding of the issues related to this appeal by discussing the merits of the appeal, using your own words to relate those issues submitted on the California Department of Corrections and Rehabilitation (CDCR) Form 602, Inmate/Parolee Appeals Form.

On Tuesday, February 14, 2017, at approximately 1430 hours, Sgt. Villa interviewed you personally at your assigned housing unit FB2 and asked additional questions in regards to the missing items he listed in the appeal. During the course of the interview, you provided inconsistent stories as to how many boxes were

California State Prison-Sacramento (SAC)
First Level Reviewer Response
Appeal, Log #SAC-B-17-00417
Inmate: Curley (K46348)
Date: March 1, 2017

Page 2 of 2

missing and how many were issued. However, you expressed that the main missing item of concern was a 13" Television that was confiscated during your ASU placement.

Throughout this inquiry, the CDC Form 1083 dated June 9, 2016, a cell search receipt retrieved from Receiving and Release dated June 9, 2016, authored by Investigative Services Unit Officer S. Givens, the list of missing items you provided, and supportive documentation was thoroughly evaluated. On June 9, 2016, you were remanded to the Administrative Segregation Unit (ASU) at which point your personal property was packaged and inventoried. The CDC Form 1083 dated June 9, 2016, does not include a television. However, the cell search receipt dated June 9, 2016, revealed you were in possession of a television that was opened and altered (serial numbers were scratched out and did not have a scribed name), and pursuant to California Code of Regulations (CCR) 3006 and the Departmental Operations Manual 54030.10.11; the television confiscated is considered contraband. In addition, the CDC Form 1083 dated June 9, 2016, has your signature acknowledging that the items listed in it were *all* the personal property you had during your initial ASU placement on June 9, 2016. If there were missing items at the time, you would not have signed the CDC Form 1083. Therefore, the Walkenshorst receipt dated August 14, 2014, (originating from Salinas Valley State Prison) submitted as supportive documentation to the missing "13 inch Hitech television" is irrelevant and non-existent to your assigned term in SAC and initial ASU placement and relieves SAC from any responsibility of it (regardless of you purchasing while being in custody of CDCR).

The list of missing items you submitted was cross-referenced with the CDC Form 1083's dated June 9, 2016, November 8, 2016, and January 25, 2017, and it revealed the disposition of the items- that they were issued to you on November 8, 2016, or were non-existent, relieving SAC from any responsibility, per your signature on the CDC Form 1083 dated June 9, 2016. You allege that you are missing (2) two out of (3) three boxes, however the combined CDC Form 1083's dated June 9, 2016, November 8, 2016, and January 25, 2017, account for all three boxes you allege were missing. During the interview on February 14, 2017, you were seen wearing a silver chain with a silver star medallion. It was not noted on the CDCR Form 1083 as being issued to you with your property; however, you were in possession of it. You were asked if that was your religious medallion and you stated that it was yours. Therefore, your request for the missing items listed has been denied and the pattern of inconsistency in your interview and allegations should be noted. However, the request for the CDCR CDC Form 1083 dated January 25, 2017, to be acknowledged as part of this inquiry has been granted.

## APPEAL DECISION

For the reasons cited above your appeal is **PARTIALLY GRANTED**.

J. PETERSON
Facility B Associate Warden
CSP- SAC

cc:    Inmate Appeals Unit
       Central File

Number __R46348__   Name __Curley__

Priv./Date _____   Prop. Iss. Date _____   Rec'd Fol. _____

Crime/Term _____   Race _____   DOB _____

Parole/Discharge/Transfer _____

Date _____   Inst. _____   County _____

Valuables to be held by R & R _____

Valuables to be retained by inmate: _____

I have inventoried all property sent to me from _____

I certify that this constitutes all my property with the following exceptions: _____

Issuing Officer _____   Inmate's signature _____

Returned from: _____   Returned from: _____

Returned from: _____   Returned from: _____

| Item | Serial Number | Engraved Y/N | From | Disposition | Inmate Signature | C/O |
|------|---------------|--------------|------|-------------|------------------|-----|
| 1. Car Watch | B | N | GOPC | 9/17/16 | | |
| 2. Arlco Raz | CD | Y | " | " | | |
| 3. 6' Ext Cord | CD | Y | J | " | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |

| Property Disposition: | Items | | | Disposition | Inmate Signature | C/O |
|----------------------|-------|-|-|-------------|------------------|-----|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |

| P R I N T | 1 | 2 | 3 | 4 | 5 | 6 |
|-----------|---|---|---|---|---|---|

VDA 142 (3/02)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

**INMATE PROPERTY INVENTORY**
CDC 1083 (Rev 2/00)

| INMATE'S NAME | CDC NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
|---|---|---|---|---|
| CURLEY | K-46348 | | CSP-SAC | 6-9-16 |

| PROPERTY INVENTORIED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|
| LEBECK / EFFIONG | C/O'S | AD-SEG | 3 |

## CANTEEN ITEMS

- [ ] Cereal
- [ ] Cheese
- [ ] Cocoa
- [x] Cookies
- [ ] Crackers
- [ ] Creamer
- [ ] Dry Meat
- [ ] Dry Drink Mix
- [ ] Health Food
- [ ] Protein Supplement
- [x] Vitamins
- [x] Soup
- [ ] Nuts
- [ ] Sugar Cubes
- [ ] Tea
- [x] Instant Coffee
- [ ] Soda
- [ ] Peanut Butter
- [ ] Jelly
- [x] Chips
- [ ] Honey
- [ ] Pork Rinds
- [ ] Hot Sauce

### Stationary Items
- [ ] Envelopes
- [ ] Stamps
- [ ] Stamped Envelopes
- [ ] Greeting Cards
- [ ] Writing Tablets
- [x] Stationary
- [ ] Pencil Sharpener
- [x] Pens
- [ ] Writing Paper
- [x] Pencils

### Hygiene Items
- [ ] Razor
- [ ] Tweezers
- [ ] Shaving Cream
- [ ] After Shave
- [ ] Nail Clippers
- [ ] Nail Polish
- [x] Soap
- [x] Soap Dish
- [ ] Toothpaste
- [ ] Mouthwash
- [x] Baby Powder
- [ ] Talc
- [x] Shampoo
- [ ] Conditioner
- [ ] Hair Grease/Gel
- [ ] Deodorant
- [ ] Perm Kit
- [ ] Mirror
- [ ] Nail Polish
- [ ] Foundation
- [ ] Makeup Ball
- [ ] Blush
- [ ] Mascara
- [ ] Other: _____

### Tobacco Items
- [ ] Pipe Tobacco
- [ ] Chewing Tobacco
- [ ] Other Tobacco
- [ ] Cigarette Lighter
- [ ] Tobacco Pouch
- [ ] Cigarette Case
- [ ] Cigarette Roller
- [ ] Smoking Pipe

### Other Items
- [ ] Immersion Heater
- [x] Tumbler
- [x] Bowl
- [ ] Can Opener
- [ ] Shoe Polish
- [x] Extension Cord
- [ ] Batteries   Size: _____

## PERSONAL ITEMS

- [ ] Photo Albums
- [ ] Photos
- [ ] Cassette Tapes
- [ ] CDs
- [x] Religious Medallion
- [ ] Ring G S
- [ ] Chain G S
- [ ] Earrings G S
- [ ] Watch G S
- [ ] Wallet
- [ ] Prescription Glasses
- [ ] Sunglasses
- [ ] Handkerchief
- [ ] Wash Cloth
- [ ] Magazines
- [ ] Books
- [ ] Address Book
- [ ] Calendar
- [ ] Shoe Horn
- [ ] Shaving Bag
- [ ] Brush
- [ ] Comb
- [ ] Cosmetic Bag
- [ ] Perm Rods

### Clothing Items
- [x] B/B Hat
- [x] Watch Cap
- [ ] Head Band
- [ ] Gloves
- [x] Shower Thongs
- [ ] Slippers
- [x] Sweat Pants
- [ ] Sweat Shirt
- [x] Tennis Shoes
- [ ] Raincoat
- [x] Thermal Top
- [ ] Thermal Pants
- [ ] Bras
- [ ] Panties
- [x] Gym Shorts
- [ ] Athletic Supporter
- [ ] Slip

### Games
- [ ] Chess
- [ ] Checkers
- [ ] Dominoes

### Other
SCRABLE & CONECT(4)
SOCKS - NIKI
HEAD PHONES
- HOT POT
- WATCH
- SUN GLASSES IN Pouch

### Hobby Items
_____
_____

## NON-EXPENDABLE ITEMS

- [ ] Television
- [ ] A/C Adapter

Operational  [ ] Yes  [ ] No

Model: _____

SR/N: _____

- [x] CD/Cassette Player
- [x] A/C Adapter

Operational  [ ] Yes  [ ] No

Model: CLEAR TECH

SR/N: 060720

- [ ] Radio
- [ ] A/C Adapter

Operational  [ ] Yes  [ ] No

Model: _____

SR/N: _____

- [ ] Musical Instrument

Operational  [ ] Yes  [ ] No

Type: _____

Model: _____

SR/N: _____

- [ ] Typewriter

Operational  [ ] Yes  [ ] No

Model: _____

SR/N: _____

- [ ] Fan

Model: _____

- [ ] Lamp
- [x] Electric Shaver
- [ ] Blow Dryer
- [ ] Hair Dryer
- [ ] Curling Iron
- [ ] Hair Rollers
- [ ] Pressing Comb
- [ ] Calculator

All nonoperational items shall either be repaired, sent home, or disposed of. Note disposition of the item below:

| Inmate's Signature Noting Disposition | Date |
|---|---|
| | |

---

**TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY**

The above listed items constitute all of my personal property which I am authorized to retain.

| INMATE'S SIGNATURE: | DATE: 6-9-16 |
|---|---|
| RECEIVED IN R&R BY: | INSTITUTION |

**TO BE SIGNED UPON RETURN TO THE INMATE**

I have received all the above listed personal property or have noted any discrepancies below

| INMATE'S SIGNATURE: | DATE 9-6-16 |
|---|---|
| | DATE: |

All property being disposed of per CCR Section 3091 shall be listed on a separate inventory.

Distribution: Original: R&R      Copy: Inventory Officer      Copy: Inmate      Copy: Retained in Property being Shipped/Transported

STATE OF CALIFORNIA - HEALTH AND WELFARE AGENCY
DEPARTMENT OF STATE HOSPITALS
STOCKTON

## Patient Property Inventory

PROGRAM and/or UNIT: 2/B305A-108

TOTAL NUMBER OF BOXES: 1    BAGS:

DATE: 8/15/16

NOTE: LIST NUMBER OF ITEMS INVENTORIED AND THEIR CONDITION

| | | |
|---|---|---|
| BIBLE: 1 | BELT: | VALUABLE PROPERTY |
| BOOK, ADDRESS: | CAPS: | |
| BOOK, HARDBACK: | GYM SHORTS: | TV SET, MAKE: |
| DICTIONARY: | TANK SHIRTS: | SERIAL NO.: |
| ENVELOPES: | SWEAT PANTS: | B/W: [ ]     COLOR: [ ] |
| LETTERS: | SWEAT SHIRTS: | |
| MAGAZINES: 1 | LEVI JACKET: | RADIO, MAKE: |
| PAPER, LEGAL: ✓ | LEVI PANTS: | SERIAL NO.: |
| PAPER, MISC: ✓ | BOXER SHORTS: | FM: [ ]     AM: [ ]     COMBINATION: [ ] |
| PENCILS: | TEE SHIRTS: | |
| PENS: | WALLET: | CASSETTE PLAYER, MAKE: |
| PHOTO ALBUM: | LEATHER SHOES: 2 | SERIAL NO.: |
| PHOTOS: | TENNIS SHOES: | |
| STAMPS: | SHOWER SHOES: 1 | CD PLAYER, MAKE: |
| TABLET: | SWEATER: | SERIAL NO.: |

| | | |
|---|---|---|
| COSMETICS | FOOD ITEMS | TAPES, TOTAL NUMBER: |
| BABY OIL: | CANDY: | |
| RAZOR BLADES: | CANNED GOODS: | CHAINS:     YM: [ ] WM: [ ] |
| RAZOR: | CEREAL: | MEDALLIANS:     YM: [ ] WM: [ ] |
| TOOTHBRUSH: | CHIPS: | RINGS:     YM: [ ] WM: [ ] |
| HAIR BRUSH: | COCOA: | |
| COMB: | COFFEE: | GLASSES, EYE:     TYPE: |
| CONDITIONER: | COOKIES: | GLASSES, SUN:     TYPE: |
| SHAMPOO: | CRACKERS: | ELECTRIC RAZOR: |
| SOAP: | CREAMER: | MAKE:     SERIAL NO.: |
| SOAP DISH: | DRINK MIXES: | |
| LOTIONS: | JAMS/JELLIES: | MISCELLANEOUS ITEMS NOT LISTED: |
| POWDERS: | NUTS: | 1 Shoes |
| DEODORANTS: | PASTRIES: | (1) Knee brace |
| TOOTHPASTE: | PROTEIN POWDER: | (1) Catalog |
| MOUTHWASH: | SAUCES: | (1) Boots |
| TWEEZERS: | SOUPS: | (1) necklace (chain)-Silver |
| MIRROR: | SUGAR: | (1) Ring - Gold |
| | TEA: | |
| MISCELLANEOUS | SODAS: | |
| BRUSH, SHINE: | | |
| CAN OPENER: | OTHER: | |
| CUPS: | | |
| TUMBLERS: | | |
| PITCHERS: | | |
| HOT POT: | | |
| CARDS: | | |
| LOCK, COMB: | | |
| SEWING KIT: | | |

PATIENT NAME:     NUMBER:     HOUSING, OLD: B301A-114    NEW: B305A-108
INVENTORIED BY: S.Martinez JKYVGSP POST #:     UNIT:     WATCH:
PROPERTY HAS BEEN STORED AND SECURED IN:
UNIT HOTROOM: N/A    OTHER LOCATION: N/A    UNIT PROPERTY NOTIFIED:

PATIENT PROPERTY INVENTORY
Page 1 of 1

**CURLEY, KEVIN**
**CDCR# K46348**
**DOB: 05/22/1978**

File under Legal/Admin/Misc Tab
DSHSTK 400.207

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE PROPERTY INVENTORY
CDCR 1083 (Rev. 05/16)

Page 1 of 1

NAME: **Curley**     CDCR#: **IC46348**     INSTITUTION: **SAC PS4 2**     DATE: **11-8-16**

REASON FOR INVENTORY: **ProPerty Issued A54**     SENT TO: **A3**     # OF BOXES: **2**     # OF BAGS: **0**

## Personal Clothing

- ☐ Athletic Shorts . . . . . . . . ___
- ☐ Athletic Supporter . . . . . . ___
- ☐ Briefs / Boxers . . . . . . . . ___
- ☐ Hats and Caps . . . . . . . . ___
- ☐ Head Band . . . . . . . . . ___
- ☐ Rain Coat / Poncho . . . . ___
- ☐ Shoelaces . . . . . . . . . . ___
- ☒ Shower Shoes . **B K** . **1**
- ☐ Slippers / House Shoes. . . ___
- ☐ Socks . . . . . . . . . . . . . ___
- ☐ Sweat Pants . . . . . . . . . ___
- ☐ Sweat Shirts . . . . . . . . . ___
- ☐ Tennis Shoes: _____
- ☐ Thermal Tops . . . . . . . . ___
- ☐ Thermal Bottoms . . . . . ___
- ☐ Undershirts . . . . . . . . . ___
- ☐ Wave Caps . . . . . . . . . . ___

### Female Specific

- ☐ Brassieres . . . . . . . . ___
- ☐ Pajama / Nightgown . . . . ___
- ☐ Panties . . . . . . . . . . . ___
- ☐ Personal Jeans . . . . . . ___
- ☐ Robe . . . . . . . . . . . . . ___
- ☐ Sandals: _____
- ☐ Scarf . . . . . . . . . . . . ___
- ☐ Walking Shoes: _____

## Personal Care/Hygiene

- ☐ After Shave . . . . . . . . . ___
- ☐ Body Powder . . . . . . . . ___
- ☐ Comb/Hair Pick . . . . . . ___
- ☐ Cosmetic / Shave Bag. . . ___
- ☐ Cotton Swabs . . . . . . . ___
- ☐ Denture Adhesive . . . . ___
- ☐ Denture Cleanser . . . . ___
- ☐ Dental Flossers / Gliders. ___
- ☐ Depilatory's (Magic Shave ___
- ☒ Deodorant . . . . . . . . . **3**
- ☐ Face Cream (Noxzema). . ___
- ☐ Conditioner . . . . . . . . . ___
- ☒ Hair Oil / Grease . . . . . **1**
- ☐ Hair Ties . . . . . . . . . . ___
- ☐ Insect Repellant . . . . . . ___
- ☐ Laundry Detergent . . . . ___
- ☐ Laundry Soap Bar . . . . ___
- ☐ Lip Balm . . . . . . . . . . ___
- ☒ Lotions / Baby Oil . . . . **3**
- ☐ Medication /Over Counter ___
- ☐ Mirror . . . . . . . . . . . . ___
- ☐ Mouth Wash . . . . . . . . ___
- ☐ Muscle / Vapor Rub . . . . ___
- ☐ Nail Clipper . . . . . . . . ___
- ☐ Palm Brush / Comb . . . . ___
- ☐ Perm Curl / Relax Kit . . . ___
- ☐ Perm Wave Kit . . . . . . . ___
- ☐ Perm Wave Rods. . . . . . ___
- ☐ Petroleum Jelly . . . . . . . ___
- ☐ Razors, Disposable . . . . ___
- ☒ Shampoo **Issued Serry** **1**
- ☐ Shaving Cream / Gel . . . ___
- ☒ Soap Bars . . . . . . . . . **5 Yc**
- ☐ Soap liquid-body wash/dish ___
- ☐ Sunblock . . . . . . . . . . ___
- ☒ Toothbrush . . . . . . . . ___
- ☐ Toothbrush Holder . . . . ___
- ☒ Toothpaste / Powder . . . **2**
- ☐ Wash Cloths . . . . . . . . ___

## Female Specific

- ☐ Bath Towel . . . . . . . . . ___
- ☐ Blush . . . . . . . . . . . . . ___
- ☐ Brush . . . . . . . . . . . . . ___
- ☐ Cotton Balls . . . . . . . . . ___
- ☐ Douche . . . . . . . . . . . . ___
- ☐ Emery Board . . . . . . . . ___
- ☐ Eyebrow Pencil / Eyeliner ___
- ☐ Eye Shadow Kit. . . . . . . ___
- ☐ Fabric Softener . . . . . . . ___
- ☐ Facial Astringent . . . . . . ___
- ☐ Facial Cleanser. . . . . . . ___
- ☐ Feminine Hygiene Wash ___
- ☐ Foundation . . . . . . . . . ___
- ☐ Hair Clips / Scrunches. . . ___
- ☐ Hair Sprays . . . . . . . . . ___
- ☐ Hair Rollers . . . . . . . . . ___
- ☐ Lip gloss / Liner / Lipstick ___
- ☐ Mascara . . . . . . . . . . . ___
- ☐ Pumice Stone . . . . . . . . ___
- ☐ Shower Bag . . . . . . . . . ___
- ☐ Shower Cap . . . . . . . . . ___
- ☐ Shower Puffs / Loofah . . ___
- ☐ Tweezers. . . . . . . . . . . ___

## Food

- ☐ Artificial Sweetener . . . . ___
- ☐ Beverages . . . . . . . . . . ___
- ☐ Candy: Bags _____ Bars ___
- ☐ Canned Food . . . . . . . . ___
- ☐ Cereals . . . . . . . . . . . . ___
- ☐ Cheese . . . . . . . . . . . . ___
- ☒ Chips / Taco Shells . . . . **2**
- ☐ Cocoa . . . . . . . . . . . . . ___
- ☒ Cookies . . . . . . . . . . . . **5**
- ☒ Coffee . . . . . . . . . . . . . **1 Yc**
- ☐ Condiments. . . . . . . . . . ___
- ☐ Crackers . . . . . . . . . . . ___
- ☐ Creamer . . . . . . . . . . . ___
- ☐ Dry Mix Drinks . . . . . . . ___
- ☐ Food Pouches . . . . . . . . ___
- ☐ Supplements . . . . . . . . . ___
- ☐ Meats, Dry . . . . . . . . . . ___
- ☐ Snack Items . . . . . . . . . ___
- ☐ Nuts . . . . . . . . . . . . . . ___
- ☐ Peanut Butter . . . . . . . . ___
- ☐ Precooked Foods . . . . . ___
- ☐ Protein Supplements . . . ___
- ☒ Soups / Noodles . . . . . . **75**
- ☐ Tea (Instant or Bags) . . . ___
- ☒ Vitamins **Betric** . . . . **3**
- ☐ Dried Fruit/Veg (Female) ___

## Miscellaneous Items

- ☐ Address Book. . . . . . . . ___
- ☐ Audio Cassettes. . . . . . . ___
- ☐ Ballpoint Pens. . . . . . . . ___
- ☐ Battery Recharger . . . . . ___
- ☐ Batteries . . . . . . . . . . . ___
- ☐ Books / Magazines / Newspapers
- ☐ Bowl . . . . . . . . . . . . . . ___
- ☐ Calendar . . . . . . . . . . . ___
- ☐ Can Opener . . . . . . . . . ___
- ☐ Card Stock / Drawing . . . ___
- ☐ Chalk / Pastels . . . . . . . ___
- ☐ Clock . . . . . . . . . . . . . ___
- ☐ Combination Lock . . . . . ___
- ☐ Compact Discs . . . . . . . ___

## Correspondence Course

- ☐ Correspondence Course ___
- ☐ Ear Plugs . . . . . . . . . . . ___
- ☐ Envelopes . . . . . . . . . . ___
- ☐ Envelopes, Metered . . . . ___
- ☐ Extension Cord . . . . . . . ___
- ☐ Greeting Cards . . . . . . . ___
- ☐ Handkerchiefs/Bandannas ___
- ☐ Legal Material . . . . . . . . ___
- ☐ Legal Pads / Tablets . . . . ___
- ☐ Legal Size Folders Etc. . . ___
- ☐ Light Bulb . . . . . . . . . . ___
- ☐ Pencils . . . . . . . . . . . . ___
- ☐ Pencil Eraser . . . . . . . . ___
- ☐ Pencil Sharpener. . . . . . ___
- ☐ Photos, Loose . . . . . . . . ___
- ☐ Photo Albums. . . . . . . . ___
- ☐ Reading Glasses . . . . . . ___
  *(Non-prescription - magnifying glasses)*
- ☐ Stamps . . . . . . . . . . . . ___
- ☐ Stationery . . . . . . . . . . ___
- ☐ Sun Glasses . . . . . . . . . ___
- ☐ Storage Container . . . . . ___
- ☐ Tumbler / Cups . . . . . . . ___
- ☐ Wallet . . . . . . . . . . . . . ___

### Female Specific

- ☐ Antenna Wire (CIW only) . ___
- ☐ Clothes Pins . . . . . . . . . ___
- ☐ Eyeglass Repair Kit. . . . . ___
- ☐ Footlocker (CIW only) . . : ___
- ☐ Hangers . . . . . . . . . . . ___
- ☐ Immersion Heater. . . . . . ___
- ☐ Umbrella (CIW only). . . . ___

## Games

- ☐ Cards ☐ Checkers ☐ Chess
- ☐ Dominoes ☐ Scrabble
- ☐ Uno (Female Only)

## Religious Items

- ☐ Altar Cloth
- ☐ Head Band Bead
- ☐ Wrist Band bead
- ☐ Choker Bead
- ☐ Beading Materials: _____
- ☐ Bowl/Chalice____ ☐ Chalk____
- ☐ Religious Medallion & Chain
  Color_____ Material_____
- ☐ Devotional Scapular
- ☐ Dream Catcher
- ☐ Feathers
- ☐ Head Gear ___ ☐ Medicine Bag
- ☐ Miswak _____ ☐ Powders ____
- ☐ Prayer Beads ☐ Prayer Oil____
- ☐ Prayer / Holy cards / Photos___
- ☐ Prayer Rug/Mat ☐ Prayer Shawl
- ☐ Rune Tiles ☐ Sea Salt ___
- ☐ Stones____ ☐ Tallit Katan/Tsitsit
- ☐ Tarot / Rune Cards ☐ Wand
- ☐ Tefillin / Phylacteries _____
- ☐ Herbs:_____

## Registerable Property

- ☐ Audio Entertainment Appliance
  ☒ AM/FM ☒ CD ☐ Cassette
  Make: **Clear Tech**
  S/N: **w/ ADAPER**
- ☐ Calculator: _____
- ☐ CD Wallet
- ☐ Ear Buds / Headphones
  Make: _____
- ☐ Fan: _____
- ☐ Hair Clipper / Trimmer
  ☐ A/C ☐ Battery
  Make: _____
- ☐ Handicraft: _____
- ☐ Hot Pot:
- ☐ Lamp/Book Light
  ☐ A/C ☐ Battery
  Make: _____
- ☐ Musical Instrument: ☐ String
  Make: _____
  S/N: _____
- ☐ Razor / Groomer
  Make: _____
  ☐ A/C ☐ Battery
- ☐ Wedding Ring
  ☐ White Metal ☐ Yellow Metal
  Stones ☐ Yes ☐ No
- ☐ Television: ☐ B&W ☐ Color
  ☐ With CD player ☐ With Radio
  Tested: ☐ Works ☐ Doesn't Work
  Make: _____
  S/N: _____
- ☐ Electronic Tablet
  Make: _____
  S/N: _____
- ☐ MP3
  Make: _____
  S/N: _____
- ☐ Adapter ☐ Coaxial Cable
  ☐ Splitter ☐ Digital Antenna
- ☐ Typewriter
  ☐ Manual ☐ A/C ☐ Battery
  Make: _____
  S/N: _____
- ☐ Watch: ☐ Wrist ☐ Pocket
  Make: _____ Color_____
- ☐ Battery Charger
  Make: _____

### Female Specific

- ☐ Chain / Necklace / Bracelet
  ☐ White Metal ☐ Yellow Metal
- ☐ Curling / Flat / Straightening Iron
  Make: _____
- ☐ Earrings: _____
- ☐ Hair Dryer
  Make: _____
- ☐ Hair Rollers
  Make: _____
- ☐ Pressing Comb
  Make: _____

### Health Care Appliances

---

## Additional Items

(5) Kop [otos airtouls]
(1) s'nrch' smoce
(1) Marxell earbuds (new)

---

☐ With this signature, I agree that the above listed property is the extent of ALL my property.

Inmate Signature (upon inventory)     CDC #     Date

☒ With this signature, I am receiving the property as marked on this inventory sheet.

Inmate Signature (upon inventory)     CDC #     Date

☐ Property Inventoried by:

Staff Name (Print & Signature)     Date

☐ Property Received by:

Staff Name (Print & Signature)     Date

☐ Property Issued to inmate by:

Staff Name (Print & Signature - upon inventory)     Date

DISTRIBUTION - Original: RSR.   Copies: Inventory Officer, Inmate.   Retained in Property being Shipped/Transported

OBTAINED by R&R

**INMATE PROPERTY INVENTORY**
CDCR 1083 (Rev. 05/16)

Page 1 of 1

NAME: **Curley**   CDCR#: **IC46348**   INSTITUTION: **SAC PSY 2**   DATE: **11-8-16**

REASON FOR INVENTORY: **property issued new**   SENT TO: **A321**   # OF BOXES: **2**   # OF BAGS: **0**

## Personal Clothing

| Item | Qty |
|---|---|
| ☐ Athletic Shorts | |
| ☐ Athletic Supporter | |
| ☐ Briefs / Boxers | |
| ☐ Hats and Caps | |
| ☐ Head Band | |
| ☐ Rain Coat / Poncho | |
| ☐ Shoelaces | |
| ☒ Shower Shoes 8 9 X | 1 |
| ☐ Slippers / House Shoes | |
| ☐ Socks | |
| ☐ Sweat Pants | |
| ☐ Sweat Shirts | |
| ☐ Tennis Shoes: | |
| ☐ Thermal Tops | |
| ☐ Thermal Bottoms | |
| ☐ Undershirts | |
| ☐ Wave Caps | |

### Female Specific

| Item | Qty |
|---|---|
| ☐ Brassieres | |
| ☐ Pajama / Nightgown | |
| ☐ Panties | |
| ☐ Personal Jeans | |
| ☐ Robe | |
| ☐ Sandals | |
| ☐ Scarf | |
| ☐ Walking Shoes: | |

## Personal Care/Hygiene

| Item | Qty |
|---|---|
| ☐ After Shave | |
| ☐ Body Powder | |
| ☐ Comb/Hair Pick | |
| ☐ Cosmetic / Shave Bag | |
| ☐ Cotton Swabs | |
| ☐ Denture Adhesive | |
| ☐ Denture Cleanser | |
| ☐ Dental Flossers / Gliders | |
| ☐ Depilatory's (Magic Shave | |
| ☒ Deodorant | 3 |
| ☐ Face Cream (Noxzema) | |
| ☐ Conditioner | |
| ☒ Hair Oil / Grease | 1 |
| ☐ Hair Ties | |
| ☐ Insect Repellant | |
| ☐ Laundry Detergent | |
| ☐ Laundry Soap Bar | |
| ☐ Lip Balm | |
| ☒ Lotions / Baby Oil | 2 |
| ☐ Medication /Over Counter | |
| ☐ Mirror | |
| ☐ Mouth Wash | |
| ☐ Muscle / Vapor Rub | |
| ☐ Nail Clipper | |
| ☐ Palm Brush / Comb | |
| ☐ Perm Curl / Relax Kit | |
| ☐ Perm Wave Kit | |
| ☐ Perm Wave Rods | |
| ☐ Petroleum Jelly | |
| ☒ Razors, Disposable | |
| ☒ Shampoo 33 39.9 | 1 |
| ☐ Shaving Cream / Gel | |
| ☒ Soap Bars | 5 Ye |
| ☐ Soap liquid-body wash/dish | |
| ☐ Sunblock | |
| ☒ Toothbrush | 1 |
| ☐ Toothbrush Holder | |
| ☒ Toothpaste / Powder | 2 |
| ☐ Wash Cloths | |

## Female Specific

| Item | Qty |
|---|---|
| ☐ Bath Towel | |
| ☐ Blush | |
| ☐ Brush | |
| ☐ Cotton Balls | |
| ☐ Douche | |
| ☐ Emery Board | |
| ☐ Eyebrow Pencil / Eyeliner | |
| ☐ Eye Shadow Kit | |
| ☐ Fabric Softener | |
| ☐ Facial Astringent | |
| ☐ Facial Cleanser | |
| ☐ Feminine Hygiene Wash | |
| ☐ Foundation | |
| ☐ Hair Clips / Scrunches | |
| ☐ Hair Sprays | |
| ☐ Hair Rollers | |
| ☐ Lip gloss / Liner / Lipstick | |
| ☐ Mascara | |
| ☐ Pumice Stone | |
| ☐ Shower Bag | |
| ☐ Shower Cap | |
| ☐ Shower Puffs / Loofah | |
| ☐ Tweezers | |

## Food

| Item | Qty |
|---|---|
| ☐ Artificial Sweetener | |
| ☐ Beverages | |
| ☐ Candy: Bags ___ Bars | |
| ☐ Canned Food | |
| ☐ Cereals | |
| ☐ Cheese | |
| ☒ Chips / Taco Shells | 2 |
| ☐ Cocoa | |
| ☒ Cookies | 5 |
| ☒ Coffee | 1 Ye |
| ☐ Condiments | |
| ☐ Crackers | |
| ☐ Creamer | |
| ☐ Dry Mix Drinks | |
| ☐ Food Pouches | |
| ☐ Supplements | |
| ☐ Meats, Dry | |
| ☐ Snack Items | |
| ☐ Nuts | |
| ☐ Peanut Butter | |
| ☐ Precooked Foods | |
| ☐ Protein Supplements | |
| ☒ Soups / Noodles | 95 |
| ☐ Tea (Instant or Bags) | |
| ☒ Vitamins (bars) | 3 |
| ☐ Dried Fruit/Veg (Female) | |

## Miscellaneous Items

| Item | Qty |
|---|---|
| ☐ Address Book | |
| ☐ Audio Cassettes | |
| ☐ Ballpoint Pens | |
| ☐ Battery Recharger | |
| ☐ Batteries | |
| ☐ Books / Magazines / Newspapers | |
| ☐ Bowl | |
| ☐ Calendar | |
| ☐ Can Opener | |
| ☐ Card Stock / Drawing | |
| ☐ Chalk / Pastels | |
| ☐ Clock | |
| ☐ Combination Lock | |
| ☐ Compact Discs | |

## Correspondence Course ___

| Item | Qty |
|---|---|
| ☐ Ear Plugs | |
| ☐ Envelopes | |
| ☐ Envelopes, Metered | |
| ☐ Extension Cord | |
| ☐ Greeting Cards | |
| ☐ Handkerchiefs/Bandannas | |
| ☐ Legal Material | |
| ☐ Legal Pad / Tablets | |
| ☐ Legal Size Folders Etc. | |
| ☐ Light Bulb | |
| ☐ Pencils | |
| ☐ Pencil Eraser | |
| ☐ Pencil Sharpener | |
| ☐ Photos, Loose | |
| ☐ Photo Albums | |
| ☐ Reading Glasses (Non-prescription - magnifying glasses) | |
| ☐ Stamps | |
| ☐ Stationary | |
| ☐ Sun Glasses | |
| ☐ Storage Container | |
| ☐ Tumbler / Cups | |
| ☐ Wallet | |

### Female Specific

| Item | Qty |
|---|---|
| ☐ Antenna Wire (CIW only) | |
| ☐ Clothes Pins | |
| ☐ Eyeglass Repair Kit | |
| ☐ Footlocker (CIW only) | |
| ☐ Hangers | |
| ☐ Immersion Heater | |
| ☐ Umbrella (CIW only) | |

## Games

| Item | Qty |
|---|---|
| ☐ Cards ☐ Checkers ☐ Chess | |
| ☐ Dominoes ☐ Scrabble | |
| ☐ Uno (Female Only) | |

## Religious Items

| Item | Qty |
|---|---|
| ☐ Altar Cloth | |
| ☐ Head Band Bead | |
| ☐ Wrist Band Bead | |
| ☐ Choker Bead | |
| ☐ Beading Materials: | |
| ☐ Bowl/Chalice ___ ☐ Chalk ___ | |
| ☐ Religious Medallion & Chain | |
| Color ___ Material ___ | |
| ☐ Devotional Scapular | |
| ☐ Dream Catcher | |
| ☐ Feathers | |
| ☐ Head Gear ___ ☐ Medicine Bag | |
| ☐ Miswak ___ ☐ Powders ___ | |
| ☐ Prayer Beads ☐ Prayer Oil | |
| ☐ Prayer / Holy cards / Photos ___ | |
| ☐ Prayer Rug/Mat ☐ Prayer Shawl | |
| ☐ Rune Tiles ☐ Sea Salt ___ | |
| ☐ Stones ___ ☐ Tallit Katan/Tallsit | |
| ☐ Tarot / Rune Cards ☐ Wand | |
| ☐ Tefillin / Phylacteries ___ | |
| ☐ Herbs: ___ | |

## Registerable Property

| Item | |
|---|---|
| ☒ Audio Entertainment Appliance | |
| ☒ AM/FM ☒ CD ☐ Cassette | |
| Make: Clear Tech | |
| S/N: W ADA PER | |
| ☐ Calculator: | |
| ☐ CD Wallet | |
| ☐ Ear Buds / Headphones | |
| Make: | |
| ☐ Fan: | |
| ☐ Hair Clipper / Trimmer | |
| ☐ A/C ☐ Battery | |
| Make: | |
| ☐ Handicraft: | |
| ☐ Hot Pot: | |
| ☐ Lamp/Book Light | |
| ☐ A/C ☐ Battery | |
| Make: | |
| ☐ Musical Instrument: ☐ String | |
| Make: | |
| S/N: | |
| ☐ Razor / Groomer | |
| Make: | |
| ☐ A/C ☐ Battery | |
| ☐ Wedding Ring | |
| ☐ White Metal ☐ Yellow Metal | |
| Stones ☐ Yes ☐ No | |
| ☐ Television: ☐ B&W ☐ Color | |
| ☐ With CD player ☐ With Radio | |
| Tested ☐ Works ☐ Doesn't Work | |
| Make: | |
| S/N: | |
| ☐ Electronic Tablet | |
| Make: | |
| S/N: | |
| ☐ MP3 | |
| Make: | |
| S/N: | |
| ☐ Adapter ☐ Coaxial Cable | |
| ☐ Splitter ☐ Digital Antenna | |
| ☐ Typewriter | |
| ☐ Manual ☐ A/C ☐ Battery | |
| Make: | |
| S/N: | |
| ☐ Watch: ☐ Wrist ☐ Pocket | |
| Make: ___ Color ___ | |
| ☐ Battery Charger | |
| Make: | |

### Female Specific

| Item | |
|---|---|
| ☐ Chain / Necklace / Bracelet | |
| ☐ White Metal ☐ Yellow Metal | |
| ☐ Curling / Flat / Straightening Iron | |
| Make: | |
| ☐ Earrings: | |
| ☐ Hair Dryer | |
| Make: | |
| ☐ Hair Rollers | |
| Make: | |
| ☐ Pressing Comb | |
| Make: | |

### Health Care Appliances

☐ **With this signature, I agree that the above listed property is the extent of ALL my property.**

Inmate Signature (upon inventory)   CDC#   Date

☒ **With this signature, I am receiving the property as marked on this inventory sheet.**

Inmate Signature (upon inventory)   CDC#   Date

☐ Property Inventoried by:

Staff Name (Print & Signature)   Date

☐ Property Received by:

Staff Name (Print & Signature)   Date

☐ Property Issued to Inmate by:

Staff Name (Print & Signature - upon inventory)   Date

## Additional Items

(5) KOP colored pencils
(1) Stencil space
(1) Maxwell ear buds (new)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

## INMATE PROPERTY INVENTORY
### CDC 1083 (Rev 2/00)

| INMATE'S NAME CURLEY | CDC NUMBER K-96348 | PRIVILEGE GROUP | INSTITUTION CSP-SAC | DATE 6/25/16 |
|---|---|---|---|---|

| PROPERTY INVENTORIED BY J. SPAWOVEN | TITLE C/O | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|

### CANTEEN ITEMS

| | | | |
|---|---|---|---|
| ☐ Cereal | ☐ Cheese | | |
| ☐ Cocoa | ☐ Cookies | | |
| ☐ Crackers | ☐ Creamer | | |
| ☐ Dry Meat | ☐ Dry Drink Mix | | |
| ☐ Health Food | ☐ Protein Supplement | | |
| ☐ Vitamins | ☑ Soup | | |
| ☐ Nuts | ☐ Sugar Cubes | | |
| ☐ Tea | ☑ Instant Coffee | | |
| ☐ Soda | ☐ Peanut Butter | | |
| ☐ Jelly | ☐ Chips | | |
| ☐ Honey | ☐ Pork Rinds | | |
| ☐ Hot Sauce | | | |

#### Stationary Items

| | |
|---|---|
| ☐ Envelopes | ☐ Stamps |
| ☐ Stamped Envelopes | ☐ Greeting Cards |
| ☐ Writing Tablets | ☐ Stationary |
| ☐ Pencil Sharpener | ☐ Pens |
| ☐ Writing Paper | ☐ Pencils |

#### Hygiene Items

| | |
|---|---|
| ☐ Razor | ☐ Tweezers |
| ☐ Shaving Cream | ☐ After Shave |
| ☐ Nail Clippers | ☐ Nail Polish |
| ☐ Soap | ☐ Soap Dish |
| ☐ Toothpaste | ☐ Mouthwash |
| ☐ Baby Powder | ☐ Talc |
| ☐ Shampoo | ☐ Conditioner |
| ☐ Hair Grease/Gel | ☐ Deodorant |
| ☐ Perm Kit | ☐ Mirror |
| ☐ Nail Polish | ☐ Foundation |
| ☐ Makeup Ball | ☐ Blush |
| ☐ Muscara | ☐ Other: ____ |

#### Tobacco Items

| | |
|---|---|
| ☐ Pipe Tobacco | ☐ Chewing Tobacco |
| ☐ Other Tobacco | ☐ Cigarette Lighter |
| ☐ Tobacco Pouch | ☐ Cigarette Case |
| ☐ Cigarette Roller | ☐ Smoking Pipe |

#### Other Items

| | |
|---|---|
| ☐ Immersion Heater | ☐ Tumbler |
| ☐ Bowl | ☐ Can Opener |
| ☐ Shoe Polish | ☐ Extension Cord |
| ☐ Batteries | Size: ____ |

### PERSONAL ITEMS

| | | | |
|---|---|---|---|
| ☐ Photo Albums | | ☐ Photos | |
| ☐ Cassette Tapes | | ☐ CDs | |
| ☐ Religious Medallion | | ☐ Ring G S | |
| ☐ Chain G S | | ☐ Earrings G S | |
| ☐ Watch G S | | ☐ Wallet | |
| ☐ Prescription Glasses | | ☐ Sunglasses | |
| ☐ Handkerchief | | ☐ Wash Cloth | |
| ☑ Magazines | | ☐ Books | |
| ☐ Address Book | | ☐ Calendar | |
| ☐ Shoe Horn | | ☐ Shaving Bag | |
| ☐ Brush | | ☐ Comb | |
| ☐ Cosmetic Bag | | ☐ Perm Rods | |

#### Clothing Items

| | | | |
|---|---|---|---|
| ☐ B/B Hat | | ☐ Watch Cap | |
| ☐ Head Band | | ☐ Gloves | |
| ☑ Shower Thongs | | ☐ Slippers | |
| ☐ Sweat Pants | | ☐ Sweat Shirt | |
| ☑ Tennis Shoes 2 PAIR | | ☐ Raincoat | |
| ☐ Thermal Top | | ☐ Thermal Pants | |
| ☐ Bras | | ☐ Panties | |
| ☑ Gym Shorts BROWN | | ☐ Athletic Supporter | |
| ☐ Slip | | | |

#### Games

| | |
|---|---|
| ☐ Chess | ☐ Checkers |
| ☐ Dominoes | |

#### Other

STATE SHOES (11)
1 PAIR SUNGLASSES (NEW)
1 PAIR WHT NIKE'S
1 Brown BAG OF MISC
PAPERS, LETTERS, CARDS
2 ___'s

#### Hobby Items

(1) GYM SHORTS
(1) ATHLETIC TOP
(1) PAIR WHITE/BLUE
TENNIS SHOES
(1) SUN GLASSES
— ADDED INTO PROPERTY @
CUF - RETURNED TO STHU PROPERTY ROOM

### NON-EXPENDABLE ITEMS

| | | | |
|---|---|---|---|
| ☐ Television | | ☐ A/C Adapter | |
| Operational | ☐ Yes | ☐ No | |
| Model: ____ | | | |
| SRN: ____ | | | |
| ☐ CD/Cassette Player | | ☐ A/C Adapter | |
| Operational | ☐ Yes | ☐ No | |
| Model: ____ | | | |
| SRN: ____ | | | |
| ☐ Radio | | ☐ A/C Adapter | |
| Operational | ☐ Yes | ☐ No | |
| Model: ____ | | | |
| SRN: ____ | | | |
| ☐ Musical Instrument | | | |
| Operational | ☐ Yes | ☐ No | |
| Type: ____ | | | |
| Model: ____ | | | |
| SRN: ____ | | | |
| ☐ Typewriter | | | |
| Operational | ☐ Yes | ☐ No | |
| Model: ____ | | | |
| SRN: ____ | | | |
| ☐ Fan | | | |
| Model: ____ | | | |
| ☐ Lamp | | ☐ Electric Shaver | |
| ☐ Blow Dryer | | ☐ Hair Dryer | |
| ☐ Curling Iron | | ☐ Hair Rollers | |
| ☐ Pressing Comb | | ☐ Calculator | |

All nonoperational items shall either be repaired, sent home, or disposed of. Note disposition of the item below:

| Inmate's Signature Noting Disposition | Date |
|---|---|

| TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorizing again. | I have received all the above listed personal property or have noted any discrepancies below: |
| INMATE'S SIGNATURE WOULD NOT SIGN DATE 6/25/16 | INMATE'S SIGNATURE    DATE |
| RECEIVED IN R&R BY:    INSTITUTION    DATE | |

All property being disposed of per CCR Section 3091 shall be listed on a separate inventory.

Distribution: Original: R&R   Copy: Inventory Officer   Copy: Inmate   Copy: Retained in Property being Shipped/Transported

# WALKENHORST'S

540 Technology Way, Napa, CA 94558
Phone Toll Free: 800-660-9255 · Fax 707-261-4020
www.walkenhorsts.com

CR

## SALES INVOICE
Special Purchase / OS

| Invoice | Facility | Date | | Page |
|---------|----------|------|---|------|
| 2880935 | SVSP | 08/14/14 | | 1 |

# 2880935

Customer: SVSP
Salinas Valley State Prison
ATTN:  TRUST OFFICE
PO Box 1020
31625 Hwy 101
Soledad, CA 93960

Ship To:
KEVIN CURLEY K46348 D3 125 UP
Salinas Valley State Prison
31625 Highway 101
SOLEDAD, CA 93960

| Cust PO / Reference | | | | Terms | Rep | Ship Via | Sales Order | Facility |
|---|---|---|---|---|---|---|---|---|
| M47768 | | | | Prepaid | ML | Ground Shipping | 1770672 | SVSP |

| L | | Item | Model | Description | Qty | Price | Amount | T |
|---|---|---|---|---|---|---|---|---|
| 1 | 12 | 3068002 | CT-RCD165 | ClearTech Personal CD Player | 1 | 32.50 | 32.50 | |
| 2 | 12 | 3068004 | CT-AD300 | ClearTech Universal AC Multi-Adapter | 1 | 9.90 | 9.90 | |
| 3 | | 38428702 | TL-1337X-TP-A NS Refurb | Hiteker 13" TV NO SPEAKER *Refurbished* | 1 | 119.90 | 119.90 | |
| 4 | | 1500 | | California Television Recycle Fee | 1 | 3.00 | 3.00 | |
| 5 | | 11010044 | CL20-6 182288 | Koss Clear Headphones with 6 foot Cord | 1 | 24.90 | 24.90 | |
| 6 | | 30 | | Shipping | 1 | 6.99 | 6.99 | |
| 7 | | 50 | | Check Refund Issued | 1 | 0.00 | 0.00 | |
| 8 | 05 | 17021001 | California Catalog | Fall 2014 California Catalog | 1 | 0.00 | 0.00 | |
| 9 | Z | | | ***************************************** | | | | |
| 10 | Z | | | NOTE: REFUND TO TRUST FOR ANDIS HEAD | | | | |
| 11 | Z | | | LINER SHAVER THAT IS NOT ALLOWED IN A | | | | |
| 12 | Z | | | SPECIAL PURCHASE PACKAGE. THANK YOU. | | | | |

...essories and original purchase receipt are required 8/14/2014 R-CK1 391354 $-37.40
er's warranty period. Shipping charges are     8/14/2014 APPLY SO APPLIED $234.59

| | | |
|---|---|---|
| Subtotal | | 197.19 |
| Sales Tax | | 0.00 |
| Total | | 197.19 |
| PD | | |

STATE OF CALIFORNIA
INMATE PROPERTY INVENTORY
DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 1083 (Rev. 05/16)

Page 1 of 1

NAME: _Curley_   CDCR#: _K46348_   INSTITUTION _CCSAe_   DATE: _1-25-17_

REASON FOR INVENTORY: _Issue_   SENT TO: _____   # OF BOXES: ___   # OF BAGS: ___

## Personal Clothing
- ☑ Athletic Shorts . . . . . . . .
- ☐ Athletic Supporter . . . . . .
- ☐ Briefs / Boxers . . . . . . . .
- ☑ Hats and Caps . . . . . . . .  2
- ☐ Head Band . . . . . . . . . .
- ☐ Rain Coat / Poncho . . . . .
- ☐ Shoelaces . . . . . . . . . .
- ☐ Shower Shoes . . . . . . . .
- ☐ Slippers / House Shoes. . . .
- ☐ Socks . . . . . . . . . . . .
- ☑ Sweat Pants . . . . . . . .  3 ?
- ☑ Sweat Shirts . . . . . . . .  4 ?
- ☑ Tennis Shoes . . . . . . . .
- ☑ Thermal Tops . . . . . . . .  1
- ☐ Thermal Bottoms . . . . . .
- ☑ Undershirts . . . . . . . . .  5
- ☐ Wave Caps . . . . . . . . .

## Female Specific
- ☐ Brassieres . . . . . . . . .
- ☐ Pajama / Nightgown . . . .
- ☐ Panties . . . . . . . . . . .
- ☐ Personal Jeans . . . . . . .
- ☐ Robe . . . . . . . . . . . .
- ☐ Sandals: _____
- ☐ Scarf . . . . . . . . . . . .
- ☐ Walking Shoes: _____

## Personal Care/Hygiene
- ☐ After Shave . . . . . . . . .
- ☐ Body Powder . . . . . . . .
- ☐ Comb/Hair Pick . . . . . .
- ☐ Cosmetic / Shave Bag. . . .
- ☐ Cotton Swabs . . . . . . . .
- ☐ Denture Adhesive . . . . . .
- ☐ Denture Cleanser . . . . . .
- ☐ Dental Flossers / Holders. . .
- ☐ Depilatory's (Magic Shave . .
- ☐ Deodorant . . . . . . . . . .
- ☐ Face Cream (Noxzema). . . .
- ☐ Conditioner . . . . . . . . .
- ☐ Hair Oil / Grease . . . . . .
- ☐ Hair Ties . . . . . . . . . .
- ☐ Insect Repellant . . . . . . .
- ☐ Laundry Detergent . . . . . .
- ☐ Laundry Soap Bar . . . . . .
- ☐ Lip Balm . . . . . . . . . . .
- ☐ Lotions / Baby Oil . . . . . .
- ☐ Medication /Over Counter . .
- ☐ Mirror . . . . . . . . . . . .
- ☐ Mouth Wash . . . . . . . . .
- ☐ Muscle / Vapor Rub . . . . .
- ☐ Nail Clipper . . . . . . . . .
- ☐ Palm Brush / Comb . . . . .
- ☐ Perm Curl / Relax Kit . . . .
- ☐ Perm Wave Kit . . . . . . . .
- ☐ Perm Wave Rods. . . . . . .
- ☐ Petroleum Jelly . . . . . . . .
- ☐ Razors, Disposable . . . . .
- ☐ Shampoo. . . . . . . . . . .
- ☐ Shaving Cream / Gel . . . .
- ☐ Soap Bars . . . . . . . . . .
- ☐ Soap liquid-body wash/dish . .
- ☐ Sunblock . . . . . . . . . . .
- ☐ Toothbrush . . . . . . . . . .
- ☐ Toothbrush Holder . . . . . .
- ☐ Toothpaste / Powder . . . .
- ☐ Wash Cloths . . . . . . . . .

## Female Specific
- ☐ Bath Towel . . . . . . . . .
- ☐ Blush . . . . . . . . . . . .
- ☐ Brush . . . . . . . . . . . .
- ☐ Cotton Balls . . . . . . . . .
- ☐ Douche . . . . . . . . . . .
- ☐ Emery Board . . . . . . . .
- ☐ Eyebrow Pencil / Eyeliner
- ☐ Eye Shadow Kit . . . . . . .
- ☐ Fabric Softener . . . . . . .
- ☐ Facial Astringent . . . . . .
- ☐ Facial Cleanser. . . . . . . .
- ☐ Feminine Hygiene Wash
- ☐ Foundation . . . . . . . . .
- ☐ Hair Clips / Scrunches.
- ☐ Hair Sprays . . . . . . . . .
- ☐ Hair Rollers . . . . . . . . .
- ☐ Lip gloss / Liner / Lipstick
- ☐ Mascara . . . . . . . . . . .
- ☐ Pumice Stone . . . . . . . .
- ☐ Shower Bag . . . . . . . . .
- ☐ Shower Cap . . . . . . . . .
- ☐ Shower Puffs / Loofah . . .
- ☐ Tweezers. . . . . . . . . . .

## Food
- ☐ Artificial Sweetener . . . . .
- ☐ Beverages . . . . . . . . . .
- ☐ Candy: Bags ___ Bars ___
- ☐ Canned Food . . . . . . . .
- ☐ Cereals . . . . . . . . . . .
- ☐ Cheese . . . . . . . . . . .
- ☐ Chips / Taco Shells . . . . .
- ☐ Cocoa . . . . . . . . . . . .
- ☐ Cookies . . . . . . . . . . .
- ☐ Coffee . . . . . . . . . . . .
- ☐ Condiments. . . . . . . . . .
- ☐ Crackers . . . . . . . . . . .
- ☐ Creamer . . . . . . . . . . .
- ☐ Dry Mix Drinks . . . . . . .
- ☐ Food Pouches . . . . . . . .
- ☐ Supplements . . . . . . . . .
- ☐ Meats, Dry . . . . . . . . . .
- ☐ Snack Items . . . . . . . . .
- ☐ Nuts . . . . . . . . . . . . .
- ☐ Peanut Butter . . . . . . . .
- ☐ Precooked Foods . . . . . .
- ☐ Protein Supplements . . . . .
- ☐ Soups / Noodles . . . . . . .
- ☐ Tea (Instant or Bags) . . . .
- ☐ Vitamins . . . . . . . . . . .
- ☐ Dried Fruit/Veg (female) . . .

## Miscellaneous Items
- ☐ Address Book. . . . . . . . .
- ☐ Audio Cassettes. . . . . . . .
- ☐ Ballpoint Pens. . . . . . . . .
- ☐ Battery Recharger . . . . . .
- ☐ Batteries . . . . . . . . . . .
- ☐ Books / Magazines / Newspapers
- ☑ Bowl . . . . . . . . . . . .  2
- ☐ Calendar . . . . . . . . . . .
- ☐ Can Opener . . . . . . . . .
- ☐ Card Stock / Drawing . . . .
- ☐ Chalk / Pastels . . . . . . . .
- ☐ Clock . . . . . . . . . . . . .
- ☐ Combination Lock . . . . . .
- ☑ Compact Discs . . . . . . .  6

## Additional Items
Connect 4
_____
_____
_____
_____

## Correspondence Course
- ☐ Ear Plugs . . . . . . . . . .
- ☐ Envelopes . . . . . . . . . .
- ☐ Envelopes, Metered . . . .
- ☐ Extension Cord . . . . . . .
- ☐ Greeting Cards . . . . . . .
- ☐ Handkerchiefs/Bandannas
- ☑ Legal Material . . . . . . . .
- ☐ Legal Pads / Tablets . . . .
- ☐ Legal Size Folders Etc. . . .
- ☐ Light Bulb . . . . . . . . . .
- ☐ Pencils . . . . . . . . . . . .
- ☐ Pencil Eraser . . . . . . . .
- ☐ Pencil Sharpener. . . . . . .
- ☐ Photos, Loose . . . . . . . .  2
- ☑ Photo Albums. . . . . . . .
- ☐ Reading Glasses . . . . . .
  _(Non-prescription - magnifying glasses)_
- ☐ Stamps . . . . . . . . . . . .
- ☐ Stationery . . . . . . . . . .
- ☑ Sun Glasses . . . . . . . .  1
- ☐ Storage Container . . . . . .
- ☐ Tumbler / Cups . . . . . . .
- ☐ Wallet . . . . . . . . . . . .

## Female Specific
- ☐ Antenna Wire (CIW only) . .
- ☐ Clothes Pins . . . . . . . . .
- ☐ Eyeglass Repair Kit . . . . .
- ☐ Footlocker (CIW only) . . . .
- ☐ Hangers . . . . . . . . . . .
- ☐ Immersion Heater. . . . . . .
- ☐ Umbrella (CIW only). . . . .

## Games
- ☐ Cards ☐ Checkers ☐ Chess
- ☐ Dominoes ☑ Scrabble
- ☐ Uno (Female Only)

## Religious Items
- ☐ Altar Cloth
- ☐ Head Band Bead
- ☐ Wrist Band bead
- ☐ Choker Bead
- ☐ Beading Materials:
- ☐ Bowl/Chalice ___ ☐ Chalk ___
- ☐ Religious Medallion & Chain
  Color _____ Material _____
- ☐ Devotional Scapular
- ☐ Dream Catcher
- ☐ Feathers
- ☐ Head Gear ___ ☐ Medicine Bag
- ☐ Miswak ___ ☐ Powders ___
- ☐ Prayer Beads ☐ Prayer Oil ___
- ☐ Prayer / Holy cards / Photos___
- ☐ Prayer Rug/Mat ☐ Prayer Shawl
- ☐ Rune Tiles ☐ Sea Salt ___
- ☐ Stones___ ☐ Tallit Katan/Tsitsit
- ☐ Tarot / Rune Cards ☐ Wand
- ☐ Tefillin / Phylacteries _____
- ☐ Herbs: _____

## Registerable Property
- ☐ Audio Entertainment Appliance
  - ☐ AM/FM  ☐ CD  ☐ Cassette
  Make: _____
  S/N: _____
- ☐ Calculator :
- ☐ CD Wallet
- ☑ Ear Buds / Headphones
  Make: _Kloss CL-20_
- ☑ Fan: _Optimus_
- ☐ Hair Clipper / Trimmer
  Make: _____
- ☐ Handicraft :
- ☑ Hot Pot: _Brushy Creek_
- ☐ Lamp/Book Light :
  - ☐ A/C  ☐ Battery
- ☐ Musical Instrument:  ☐ String
  Make: _____
  S/N: _____
- ☑ Razor / Groomer :
  Make: _Phillips_
  - ☐ A/C  ☐ Battery
- ☐ Wedding Ring
  - ☐ White Metal  ☐ Yellow Metal
  - Stones ☐ Yes  ☐ No
- ☐ Television:  ☐ B&W  ☐ Color
  - ☐ With CD player  ☐ With Radio
  Tested: ☐ Works  ☐ Doesn't Work
  Make: _____
  S/N: _____
- ☐ Electronic Tablet
  Make: _____
  S/N: _____
- ☐ MP3
  Make: _____
  S/N: _____
- ☐ Adapter  ☐ Coaxial Cable
  - ☐ Splitter  ☐ Digital Antenna
- ☐ Typewriter
  - ☐ Manual ☐ A/C ☐ Battery
  S/N: _____
- ☐ Watch:  ☐ Wrist ☐ Pocket
  Make: _____ Color: _____
- ☐ Battery Charger
  Make: _____

## Female Specific
- ☐ Chain / Necklace / Bracelet
  - ☐ White Metal ☐ Yellow Metal
- ☐ Curling / Flat / Straightening Iron
  Make: _____
- ☐ Earrings: _____
- ☐ Hair Dryer
  Make: _____
- ☐ Hair Rollers
  Make: _____
- ☐ Pressing Comb
  Make: _____

### Health Care Appliances
_____

☐ With this signature, I agree that the above listed property is the extent of ALL my property.

Inmate Signature (upon inventory)   CDC #   Date

☑ With this signature, I am receiving the property as marked on this inventory sheet.

_[signature]_ K46348  1-25-17
Inmate Signature (upon inventory)   CDC #   Date

☐ Property Inventoried by:
Staff Name (Print & Signature)   Date

☐ Property Received by:
Staff Name (Print & Signature)   Date

☑ Property Issued to Inmate by:
Staff Name (Print & Signature - upon inventory)   Date   1-25-17

RECEIVED JAN 2 6 2017

DISTRIBUTION – Original: R&R,   Copies: Inventory Officer, Inmate, Retained in Property being Shipped/Transported

**PROPERTY TRANSFER RECEIPT**
CDC-0143 ( Rev.: 02/00)

DEPARTMENT OF CORRECTIONS

| | | SCHEDULE | | | | |
|---|---|---|---|---|---|---|
| SENDING INSTITUTION/FACILITY | | | | | | |
| DESTINATION | | | | | | |
| Inmate's Name | CDC Number | Number of Personal Property Boxes (6 cu ft Limit) | Television (Boxed) | Musical Instrument (If Boxed Separately) | Number of Active Legal Case Boxes | Total Number of Boxes |
| Drew | G61924 | 1 | | | | |
| Curley | K46344 | 1 | | | | 1 |
| | | | | | | |

| TOTAL | | | | | | |
|---|---|---|---|---|---|---|

| | SIGNATURE | | PRINTED NAME | | DATE | |
|---|---|---|---|---|---|---|
| I HEREBY ACKNOWLEDGE TIME ACCURACY OF THIS DOCUMENT | | | | | 1/25/17 | |

TRANSPORTATION

| | SIGNATURE | PRINTED NAME | | DATE | |
|---|---|---|---|---|---|
| I HEREBY ACKNOWLEDGE THE RECEIPT OF THE ABOVE PROPERTY | | | | | |

ENROUTE TRANSPORTATION

| | SIGNATURE | PRINTED NAME | | DATE | |
|---|---|---|---|---|---|
| I HEREBY ACKNOWLEDGE THE RECEIPT OF THE ABOVE PROPERTY | | | | | |

RECEIVING INSTITUTION/FACILITY

| | SIGNATURE | PRINTED NAME | | DATE | |
|---|---|---|---|---|---|
| I HEREBY ACKNOWLEDGE THE RECEIPT OF THE ABOVE PROPERTY | | Curley | | 1/25/17 | |

DISTRIBUTION: Original: Sending Institution/Facility; Canary: Transportation Officer; Pink: Enroute Transportation Officer; Goldenrod: Receiving Institution/Facility

| *MAIL OUT* | *DONATE* | *DESTROY* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## DISCREPANCIES/MISSING ITEMS

X TV
Food
2 -other Boxes

## STAFF COMMENTS

I HAVE RECEIVED ALL PROPERTY LISTED ON THE ATTATCHED 1083 IN
ACCORDANCE WITH THE INSTITUTIONAL PROCEDURES AT CSP-SAC. ANY AND
ALL DISCREPANCIES ARE NOTED IN THE ABOVE SECTION.

INMATE _Curley_

CDC# _K46348_

DATE: _1-25-17_

RECEIVED JAN 3 5 2017

## Cell Search Worksheet

DATE: 6-9-16  TIME: 0830  CELL #: F32  226

### INMATES ASSIGNED TO THIS CELL

NAME: CURLEY  NUMBER: K46348  NAME: KING  NUMBER: AR5596

### SEARCH CONDUCTED BY :

SUPERVISING OFFICER: GIVENS  POSITION: C/O

CORRECTIONAL OFFICER (S ):_____ /_____ POSITION:_____

CELL CONDITION:_____
( INDICATE IF THE CELL CONTAINED ANY OF THE FOLLOWING ITEMS
AND IF THEY WERE PROPERLY FUNCTIONING AND LOCATED )

| | | | | |
|---|---|---|---|---|
| TELEVISION: ✓ x2 | SERIAL #:_____ /_____ | WORKING: ✓ | NOT WORKING: | |
| RADIO: _____ | SERIAL #:_____ /_____ | WORKING:_____ | NOT WORKING: | |
| CASSETTE: _____ | SERIAL #:_____ /_____ | WORKING:_____ | NOT WORKING: | |
| OTHER: _____ | SERIAL #:_____ /_____ | WORKING:_____ | NOT WORKING: | |

COMMENTS:_____

### ITEMS CONFISCATED DURING SEARCH

** NOTE: INCLUDE REASON CONFISCATED AND DISPOSITION OF ALL ITEMS

ITEM (S ):   MISC UNKNOWN PILLS (UNCONTROLLED)  TV, S/N

BLACK TAR LIKE SUBSTANCE    7400

REASON:   CONTRABAND    NO NAME SCRIBED

OPENED & ALTERED

(contraband)

LOCATION:  IN THE HAND OF KING WHILE EXITING CELL

DISPOSITION: EVIDENCE

WAS A RULES VIOLATION REPORT ( CDC- 115 ) ISSUED FOR CONFISCATED CONTRABAND? YES / NO

IF YES:  REPORT WRITTEN BY: GIVENS  POSITION: C/O

ISSUED TO INMATE (S) CURLEY  / KING

SUPERVISOR:_____ POSITION:_____

** NOTE: CELL SEARCHES ARE NOT INTENDED AS PUNISHMENT. SUPERVISORY STAFF SHALL BE RESPONSIBLE FOR ENSURING ALL STAFF RESPECTS INMATES PROPERTY DURING ANY CELL SEARCH, AND DOCUMENT ALL ITEMS CONFISCATED FROM CELL AND THE REASON FOR THE CONFISCATION. A COPY OF THIS WORKSHEET WILL BE LEFT IN THE CELL WHEN THE SEARCH HAS BEEN COMPLETED.

DISTRIBUTION: **WHITE:**  Facility Office  **YELLOW:** Inmate(s)

GA-376 (rev. 10/96)

Attachment A

Curley (K46348)
Alleged list of missing items (submitted in 602)

|    | ITEM | DISPOSITION |
|----|------|-------------|
| 1  | Size 12 Reebok Shower Shoes | Issued on 11/8/2016 per CDCR Form 1083 dated 11/8/2016 |
| 2  | 3 Axe dry deodorant | Issued on 11/8/2016 per CDCR Form 1083 dated 11/8/2016 |
| 3  | 1 Hair grease | Issued on 11/8/2016 per CDCR Form 1083 dated 11/8/2016 |
| 4  | 3 Vaseline cocoa butter lotions | Issued on 11/8/2016 per CDCR Form 1083 dated 11/8/2016 |
| 5  | 1 Body wash Irish Spring | Issued on 11/8/2016 per CDCR Form 1083 dated 11/8/2016 |
| 6  | 5 ½ bars of soap | Issued on 11/8/2016 per CDCR Form 1083 dated 11/8/2016 |
| 7  | 1 Long Colgate toothbrush | Issued on 11/8/2016 per CDCR Form 1083 dated 11/8/2016 |
| 8  | 2 Crest 3D white toothpaste | Issued on 11/8/2016 per CDCR Form 1083 dated 11/8/2016 |
| 9  | 1 Siracha hot sauce | Issued on 11/8/2016 per CDCR Form 1083 dated 11/8/2016 |
| 10 | 2 Kosher chili cheese corn ships | Issued on 11/8/2016 per CDCR Form 1083 dated 11/8/2016 |
| 11 | 5 packs of cookies | Issued on 11/8/2016 per CDCR Form 1083 dated 11/8/2016 |
| 12 | 1 jar of coffee 16oz | Issued on 11/8/2016 per CDCR Form 1083 dated 11/8/2016 |
| 13 | 95 spicy veggie soups | Issued on 11/8/2016 per CDCR Form 1083 dated 11/8/2016 |
| 14 | 3 spicy refried beans | Issued on 11/8/2016 per CDCR Form 1083 dated 11/8/2016 |
| 15 | 1 Clear Tech adapter | Issued on 11/8/2016 per CDCR Form 1083 dated 11/8/2016 |
| 16 | 1 Clear Tech CD/ Cassette player | Issued on 11/8/2016 per CDCR Form 1083 dated 11/8/2016 |
| 17 | 1 Hitec 13" T.V. | Inmate Curley's signature notates that the items listed on CDCR Form 1083 Inmate Property Inventory dated 6/9/2016 is accurate – No television listed |
| 18 | 1 AM/FM boom box | Inmate Curley's signature notates that the items listed on CDCR Form 1083 Inmate Property Inventory dated 6/9/2016 is accurate – No radio/boom box listed |

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Wednesday, February 1, 2017*

*CURLEY, K46348*
*B  002 2026001L*

PROPERTY, Segregation/SHU, 01/27/2017
Log Number: SAC-B-17-00417
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

***RO  Other***

***Inmate CURLEY, you claim top b e missing a TV. However, the 1083 dated 6/9/16 signed by
you, does not reflect a TV. Also, you will need to create a list of all property you claim to be
missing. Attach the list to your appeal and resubmit.***

☐ C. Lacy, Appeals Coordinator
☒ J. Frederick, CCI
☐ J. Abernathy, Appeals Analyst
☐ C. Burnett, Appeals Coordinator
☐ E. Buchmiller, Office Technician
Appeals Coordinator
SAC

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

*I wrote out all missing property, I've never been issued
by csp/SAC staff [-2-5-17, They Nor myself could
figure out what happen to my TV and two other
boxes indicated on 6/9/16 Inventory Form.*

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a
separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Curley | Kevin | K46348 | Kevin Curley |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM __ TO __ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| B2-226L | | | STRH ASU property c/o Spangler |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

On 12-28-16 I was release from STRH and over to B-yard, B-yard property officers can't find my box you had pulled 12-22-16, I need Help locating my main line property of the Box you took paper-work out of and that last Box sent to B-yard property.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☑ SENT THROUGH MAIL:  ADDRESSED TO: STRH ASU property c/o spangler       DATE MAILED: 1 /3 /17

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF?   (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY:   (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| J. SPANGLER | 1/22/17 | | 1/23/17 |

I LOOKED IN RDR ON 1/21/17 AND LOCATED 1 BOX OK YOUR PROPERTY THAT WAS STILL IN THE STRH HOLDING AREA. I HAVE MADE THE B YARD PROPERTY OFFICER'S AWARE OF THIS. THEY INDICATED THEY WILL PICK IT UP ONE DAY THIS WEEK.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Curley | Kevin | K46348 | Kevin Curley |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| B2-226L | | | STRH ASU property c/o Spangler |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:
On 12-28-16 I was release from STRH and over to B-yard. B-yard property officers can't find my box you had pulled 12-22-16, I need help locating my main line property of the box you took paper work out of and that last box sent to B-yard property.

**METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED ***

☑ SENT THROUGH MAIL: ADDRESSED TO: STRH ASU property c/o spangler    DATE MAILED: 1/3/17

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| | | |

## SECTION B: STAFF RESPONSE

| STAFF MEMBER NAME | DATE | SIGNATURE | DATE RETURNED |
|---|---|---|---|
| J SPANGLER | 1/22/17 | | 1/23/17 |

I looked on RDK on 1/21/17. And located 1 box of your property that was still in the STRH holding area. I have made the B yard property officer's aware of this. They indicated they will pick it up one day this week.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

List of Missing property

Re: 602 inmates Appeal Request, 2-1-17
CDC Form 695 J. Frederick CCI

1) size 12 Reebok shower shoes,
2) (3) AXE Dry Deodorant
3) (1-Hair grease
4) (3-vaseline cocoa butter lotions *
5) (1-Body wash-Irish Spring
6) (5½ Bars of Soaps / coast
7) (1-Long touth brushes (colgate
8) (2- crest 3D white Toot pastes
9) (1-Hot Saucesrachi Hotsauce
10) (2- kosher chli cheese cornchips
11) (5- packes of cookies,
12) (1 jar of coffe 1½ jar of Coffee 16oz,'s
13) (95- sprcy veg soups,
14) (3- spicy Refried beans
15) (1- AM/FM cD Boom box
16) (1- clear Tech Adapter,
17) (1- Hitec TV 13"

Submitted by Curley K46348
2-2-17

Order Print Preview

Page 1 of

# Golden State Care Packages, INC.
212 E. Rowland St #424, Covina, Ca 91723
Phone: (866) 387-9030 - Fax: (888) 757-8701
## INVOICE

| Order #: | **T715NN5PP** | Quarter: **1st Qtr - from Jan 1 to March 31,2016** |
|---|---|---|
| Date: | **3/22/2016 11:34:00 AM** | |

Institution: **CSP Sacramento (New Folsom)**
Folsom/Sacramento Prison Warehouse
100 Prison Road
Represa, CA 95671

Additional Items

| # | Description | Qty | Unit Price | Extended | Tax |
|---|---|---|---|---|---|
| 1 | 29197 - Extension Cord With Circuit Breaker 6 Foot | 1 | $12.95 | $12.95 | |
| 2 | 214336 - Neff Sunglasses Daily Shade Black | 1 | $18.95 | $18.95 | |
| 3 | 211610 - Nike Cotton Crew Socks Sz 8-12 3pk | 1 | $12.35 | $12.35 | |
| 4 | 211701 - Nike Shorts Gray 2X,3X 2X | 1 | $44.95 | $44.95 | |
| 5 | 27102 - Philips Norelco Bodygroom Wet & Dry Shaver BG2028 | 1 | $49.95 | $49.95 | |
| 6 | 211584 - Retro Fitted Baseball Cap Wht/Gry Sz 6 3 4 - 7 5 8 Gray 7 5/8 | 1 | $13.95 | $13.95 | |
| 7 | 730007 - Jordan Buzzer Beater Tank M-2X 2X | 1 | $37.95 | $37.95 | |
| 8 | 807113100 - Nike FS Lite Trainer Wht Blk Sz 7-12,13 12 | 1 | $74.95 | $74.95 | |
| | 630059 - Luxury LED Newest Car Watch with Digital Indicate | 1 | $14.95 | $14.95 | |

Shipping Charges

| | | | | | $5.95 |
|---|---|---|---|---|---|

| | |
|---|---|
| Sub-Total | $286.90 |
| Discount | ($5.95) |
| Credit | ($0.00) |
| Sales Tax | $0.00 |
| Grand Total | $280.95 |
| | |
| Package Weight (Oz) | 91.60 |

Entered By: ON-LINE

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
**INMATE PROPERTY INVENTORY**
CDC 1083 (Rev 2/00)

| INMATE'S NAME | CDC NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
|---|---|---|---|---|
| CURLEY | K-46348 | | CSP-SAC | 6-9-16 |
| | TITLE C/O's | REASON FOR INVENTORY AD-SEG | | NUMBER OF BOXES 3 |

PROPERTY INVENTORIED BY LEBECK / EFFIONG

## CANTEEN ITEMS

- [ ] Cereal
- [x] Cheese
- [ ] Cocoa
- [x] Cookies
- [ ] Crackers
- [ ] Creamer
- [ ] Dry Meat
- [ ] Dry Drink Mix
- [ ] Health Food
- [ ] Protein Supplement
- [ ] Vitamins
- [x] Soap
- [ ] Nuts
- [ ] Sugar Cubes
- [ ] Tea
- [x] Instant Coffee
- [ ] Soda
- [ ] Peanut Butter
- [ ] Jelly
- [x] Chips
- [ ] Honey
- [ ] Pork Rinds
- [ ] Hot Sauce

### Stationary Items
- [ ] Envelopes
- [ ] Stamps
- [ ] Stamped Envelopes
- [ ] Greeting Cards
- [ ] Writing Tablets
- [ ] Stationary
- [ ] Pencil Sharpener
- [x] Pens
- [ ] Writing Paper
- [ ] Pencils

### Hygiene Items
- [ ] Razor
- [ ] Tweezers
- [ ] Shaving Cream
- [ ] After Shave
- [ ] Nail Clippers
- [ ] Nail Polish
- [x] Soap
- [x] Soap Dish
- [ ] Toothpaste
- [ ] Mouthwash
- [x] Baby Powder
- [ ] Talc
- [x] Shampoo
- [ ] Conditioner
- [ ] Hair Grease/Gel
- [ ] Deodorant
- [ ] Perm Kit
- [ ] Mirror
- [ ] Nail Polish
- [ ] Foundation
- [ ] Makeup Ball
- [ ] Blush
- [ ] Mascara
- [ ] Other: _____

### Tobacco Items
- [ ] Pipe Tobacco
- [ ] Chewing Tobacco
- [ ] Other Tobacco
- [ ] Cigarette Lighter
- [ ] Tobacco Pouch
- [ ] Cigarette Case
- [ ] Cigarette Roller
- [ ] Smoking Pipe

### Other Items
- [ ] Immersion Heater
- [x] Tumbler
- [x] Bowl
- [ ] Can Opener
- [ ] Shoe Polish
- [x] Extension Cord
- [ ] Batteries
- Size: _____

## PERSONAL ITEMS

- [ ] Photo Albums
- [ ] Photos
- [ ] Cassette Tapes
- [ ] CDs
- [x] Religious Medallion
- [ ] Ring G S
- [ ] Chain G S
- [ ] Earrings G S
- [ ] Watch G S
- [ ] Wallet
- [ ] Prescription Glasses
- [ ] Sunglasses
- [ ] Handkerchief
- [ ] Wash Cloth
- [ ] Magazines
- [ ] Books
- [ ] Address Book
- [ ] Calendar
- [ ] Shoe Horn
- [ ] Shaving Bag
- [ ] Brush
- [ ] Comb
- [ ] Cosmetic Bag
- [ ] Perm Rods

### Clothing Items
- [x] B/B Hat
- [x] Watch Cap
- [ ] Head Band
- [ ] Gloves
- [x] Shower Thongs
- [ ] Slippers
- [x] Sweat Pants
- [ ] Sweat Shirt
- [x] Tennis Shoes
- [ ] Raincoat
- [x] Thermal Top
- [ ] Thermal Pants
- [ ] Bras
- [ ] Panties
- [x] Gym Shorts
- [ ] Athletic Supporter
- [ ] Slip

### Games
- [ ] Chess
- [ ] Checkers
- [ ] Dominoes

### Other
SCRABLE & CONECT (4)
SOCKS - NIKI
HEAD PHONES
- HOT POT
- WATCH
- SUN GLASSES IN Pouch

### Hobby Items

## NON-EXPENDABLE ITEMS

- [ ] Television
- [ ] A/C Adapter
- Operational [ ] Yes [ ] No
- Model: _____
- SRN: _____

- [x] CD/Cassette Player
- [x] A/C Adapter
- Operational [ ] Yes [ ] No
- Model: CLEAR TECH
- SRN: 060720

- [ ] Radio
- [ ] A/C Adapter
- Operational [ ] Yes [ ] No
- Model: _____
- SRN: _____

- [ ] Musical Instrument
- Operational [ ] Yes [ ] No
- Type: _____
- Model: _____
- SRN: _____

- [ ] Typewriter
- Operational [ ] Yes [ ] No
- Model: _____
- SRN: _____

- [ ] Fan
- Model: _____

- [ ] Lamp
- [x] Electric Shaver
- [ ] Blow Dryer
- [ ] Hair Dryer
- [ ] Curling Iron
- [ ] Hair Rollers
- [ ] Pressing Comb
- [ ] Calculator

All nonoperational items shall either be repaired, sent home, or disposed of. Note disposition of the item below:

| Inmate's Signature Noting Disposition | Date |
|---|---|
| | |

---

| TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorized to retain. | I have received all the above listed personal property or have noted any discrepancies below |
| INMATE'S SIGNATURE    DATE: 6-9-16 | INMATE'S SIGNATURE    DATE: 9-6-16 |
| RECEIVED IN R&R BY:   INSTITUTION   DATE | |

All property being disposed of per CCR Section 3091 shall be listed on a separate inventory.
Distribution: Original R&R    Copy: Inventory Officer    Copy: Inmate    Copy: Retained in Property being Shipped/Transported

# INMATE PROPERTY INVENTORY
CDC 1083 (Rev. 1/10)

NAME: *Curley*  CDCR #: *K4634*  INSTITUTION: *CDSAC*  DATE: *1-25-17*

REASON FOR INVENTORY: *Issue*  SENT TO: _____  # OF BOXES: _____  # OF BAGS: _____

## Personal Clothing
| | |
|---|---|
| ☑ Athletic Shorts . . . . . . . | 1 |
| ☐ Athletic Supporter . . . . . . | |
| ☐ Briefs / Boxers . . . . . . . | |
| ☑ Hats and Caps . . . . . . | 2 |
| ☐ Head Band . . . . . . . . | |
| ☐ Rain Coat / Poncho . . . . | |
| ☐ Shoelaces . . . . . . . . . | |
| ☐ Shower Shoes . . . . . . | |
| ☐ Slippers / House Shoes. . | |
| ☐ Socks . . . . . . . . . . . | |
| ☑ Sweat Pants . . . . . . . | 3 |
| ☑ Sweat Shirts . . . . . . . | 4 |
| ☑ Tennis Shoes. . . . . . . | |
| ☑ Thermal Tops . . . . . . | 1 |
| ☐ Thermal Bottoms . . . . | |
| ☑ Undershirts . . . . . . . . | 3 |
| ☐ Wave Caps . . . . . . . . | |

### Female Specific
☐ Brassieres . . . . . . . .
☐ Pajama / Nightgown . . . .
☐ Panties . . . . . . . . . .
☐ Personal Jeans . . . . . .
☐ Robe . . . . . . . . . . . .
☐ Sandals: _____
☐ Scarf: _____
☐ Walking Shoes: _____

## Personal Care/Hygiene
☐ After Shave . . . . . . . .
☐ Body Powder . . . . . . . .
☐ Comb/Hair Pick . . . . . .
☐ Cosmetic / Shave Bag. . .
☐ Cotton Swabs . . . . . . .
☐ Denture Adhesive . . . . .
☐ Denture Cleanser . . . . .
☐ Dental Flossers / Gliders.
☐ Depilatory's (Magic Shave
☐ Deodorant . . . . . . . . .
☐ Face Cream (Noxzema).
☐ Conditioner . . . . . . . .
☐ Hair Oil / Grease . . . . .
☐ Hair Ties . . . . . . . . . .
☐ Insect Repellant . . . . . .
☐ Laundry Detergent . . . .
☐ Laundry Soap Bar . . . . .
☐ Lip Balm . . . . . . . . . .
☐ Lotions / Baby Oil . . . . .
☐ Medication /Over Counter
☐ Mirror . . . . . . . . . . . .
☐ Mouth Wash . . . . . . . .
☐ Muscle / Vapor Rub . . . .
☐ Nail Clipper . . . . . . . .
☐ Palm Brush / Comb . . . .
☐ Perm Curl / Relax Kit . . .
☐ Perm Wave Kit . . . . . .
☐ Perm Wave Rods. . . . . .
☐ Petroleum Jelly . . . . . .
☐ Razors, Disposable . . . .
☐ Shampoo. . . . . . . . . .
☐ Shaving Cream / Gel . . .
☐ Soap Bars . . . . . . . . .
☐ Soap liquid-body wash/dish
☐ Sunblock . . . . . . . . . .
☐ Toothbrush . . . . . . . . .
☐ Toothbrush Holder . . . . .
☐ Toothpaste / Powder . . .
☐ Wash Cloths . . . . . . . .

## Female Specific
☐ Bath Towel . . . . . . . . .
☐ Blush . . . . . . . . . . . .
☐ Brush . . . . . . . . . . . .
☐ Cotton Balls . . . . . . . .
☐ Douche . . . . . . . . . . .
☐ Emery Board . . . . . . . .
☐ Eyebrow Pencil / Eyeliner
☐ Eye Shadow Kit. . . . . . .
☐ Fabric Softener . . . . . . .
☐ Facial Astringent . . . . . .
☐ Facial Cleanser. . . . . . .
☐ Feminine Hygiene Wash
☐ Foundation . . . . . . . . .
☐ Hair Clips / Scrunches.
☐ Hair Sprays . . . . . . . .
☐ Hair Rollers . . . . . . . .
☐ Lip gloss / Liner / Lipstick
☐ Mascara . . . . . . . . . .
☐ Pumice Stone . . . . . . .
☐ Shower Bag . . . . . . . .
☐ Shower Cap . . . . . . . .
☐ Shower Puffs / Loofah . .
☐ Tweezers. . . . . . . . . .

## Food
☐ Artificial Sweetener . . . .
☐ Beverages . . . . . . . . .
☐ Candy: Bags _____ Bars _____
☐ Canned Food . . . . . . . .
☐ Cereals . . . . . . . . . . .
☐ Cheese . . . . . . . . . . .
☐ Chips / Taco Shells . . . .
☐ Cocoa . . . . . . . . . . . .
☐ Cookies . . . . . . . . . . .
☐ Coffee . . . . . . . . . . . .
☐ Condiments. . . . . . . . .
☐ Crackers . . . . . . . . . .
☐ Creamer . . . . . . . . . .
☐ Dry Mix Drinks . . . . . . .
☐ Food Pouches . . . . . . .
☐ Supplements . . . . . . . .
☐ Meats, Dry . . . . . . . . .
☐ Snack Items . . . . . . . .
☐ Nuts . . . . . . . . . . . . .
☐ Peanut Butter . . . . . . .
☐ Precooked Foods . . . . .
☐ Protein Supplements . . .
☐ Soups / Noodles . . . . .
☐ Tea (Instant or Bags) . . .
☐ Vitamins . . . . . . . . . .
☐ Dried Fruit/Veg (Female)

## Miscellaneous Items
☐ Address Book. . . . . . . .
☐ Audio Cassettes. . . . . . .
☐ Ballpoint Pens. . . . . . . .
☐ Battery Recharger . . . . .
☐ Batteries . . . . . . . . . .
☐ Books / Magazines / Newspapers
☑ Bowl . . . . . . . . . . . .  2
☐ Calendar . . . . . . . . . .
☐ Can Opener . . . . . . . .
☐ Card Stock / Drawing . . .
☐ Chalk / Pastels . . . . . .
☐ Clock . . . . . . . . . . . .
☐ Combination Lock . . . . .
☑ Compact Discs . . . . . . .  6

| | |
|---|---|
| ☐ Correspondence Course | ___ |
| ☐ Ear Plugs . . . . . . . . . . | ___ |
| ☐ Envelopes . . . . . . . . . | ___ |
| ☐ Envelopes, Metered . . . . | ___ |
| ☐ Extension Cord . . . . . . | ___ |
| ☐ Greeting Cards . . . . . . | ___ |
| ☐ Handkerchiefs/Bandannas | ___ |
| ☑ Legal Material . . . . . . . | ___ |
| ☐ Legal Pads / Tablets . . . | ___ |
| ☐ Legal Size Folders Etc. . . | ___ |
| ☐ Light Bulb . . . . . . . . . | ___ |
| ☐ Pencils . . . . . . . . . . . | ___ |
| ☐ Pencil Eraser . . . . . . . | ___ |
| ☐ Pencil Sharpener. . . . . . | ___ |
| ☐ Photos, Loose . . . . . . . | ___ |
| ☑ Photo Albums. . . . . . . . | 2 |
| ☐ Reading Glasses . . . . . | ___ |
| (Non-prescription - magnifying glasses) | |
| ☐ Stamps . . . . . . . . . . . | ___ |
| ☐ Stationery . . . . . . . . . | ___ |
| ☑ Sun Glasses . . . . . . . . | 1 |
| ☐ Storage Container . . . . . | ___ |
| ☐ Tumbler / Cups . . . . . . | ___ |
| ☐ Wallet . . . . . . . . . . . . | ___ |

## Female Specific
☐ Antenna Wire (CIW only).
☐ Clothes Pins . . . . . . . .
☐ Eyeglass Repair Kit. . . .
☐ Footlocker (CIW only) . . .
☐ Hangers . . . . . . . . . . .
☐ Immersion Heater. . . . . .
☐ Umbrella (CIW only). . . .

## Games
☐ Cards  ☐ Checkers  ☐ Chess
☐ Dominoes  ☑ Scrabble
☐ Uno (Female Only)

## Religious Items
☐ Altar Cloth
☐ Head Band Bead
☐ Wrist Band bead
☐ Choker Bead
☐ Beading Materials: _____
☐ Bowl/Chalice ____ ☐ Chalk ____
☐ Religious Medallion & Chain
Color_____ Material_____
☐ Devotional Scapular
☐ Dream Catcher
☐ Feathers
☐ Head Gear ___ ☐ Medicine Bag
☐ Miswak ___ ☐ Powders ___
☐ Prayer Beads ☐ Prayer Oil ___
☐ Prayer / Holy cards / Photos___
☐ Prayer Rug/Mat ☐ Prayer Shawl
☐ Rune Tiles ☐ Sea Salt
☐ Stones___ ☐ Tallit Katan/Tsitsit
☐ Tarot / Rune Cards  ☐ Wand
☐ Tefillin / Phylacteries _____
☐ Herbs: _____

## Registerable Property
☐ Audio Entertainment Appliance
 ☐ AM/FM  ☐ CD  ☐ Cassette
 Make: _____
 S/N: _____
☐ Calculator: _____
☐ CD Wallet
☑ Earbud Headphones
 Make: *Kloss CL-20*
☑ Fan: *OPTIMUS*
☐ Hair Clipper / Trimmer
 ☐ A/C  ☐ Battery
 Make: _____
☐ Handicraft: _____
☑ Hot Pot: *Bushy Creek*
☐ Lamp/Book Light
 ☐ A/C  ☐ Battery
 Make: _____
☐ Musical Instrument:___  ☐ String
 Make: _____
☑ Razor / Groomer
 Make: *Phillips*
 ☐ A/C  ☐ Battery
☐ Wedding Ring
 ☐ White Metal  ☐ Yellow Metal
 Stones  ☐ Yes  ☐ No
☐ Television:  ☐ B&W  ☐ Color
 ☐ With CD player  ☐ With Radio
 Tested: ☐ Works  ☐ Doesn't Work
 S/N: _____
 S/N: _____
☐ Electronic Tablet
 Make: _____
☐ MP3
 Make: _____
 S/N: _____
☐ Adapter  ☐ Coaxial Cable
 ☐ Splitter  ☐ Digital Antenna
☐ Typewriter
 ☐ Manual  ☐ A/C  ☐ Battery
 Make: _____
 S/N: _____
☐ Watch:  ☐ Wrist  ☐ Pocket
 Make: _____
☐ Battery Charger
 Make: _____

### Female Specific
☐ Chain / Necklace / Bracelet
 ☐ White Metal  ☐ Yellow Metal
☐ Curling / Flat / Straightening Iron
 Make: _____
☐ Earrings: _____
☐ Hair Dryer
 Make: _____
☐ Hair Rollers
 Make: _____
☐ Pressing Comb
 Make: _____

### Health Care Appliances

---

☐  With this signature, I agree that the above listed property is the extent of ALL my property.

Inmate Signature (upon inventory)  CDC #  Date

☑  With this signature, I am receiving the property as marked on this inventory sheet.

*[signature]* *K4634* *1-25-17*
Inmate Signature (upon inventory)  CDC #  Date

☐ Property Inventoried by:

Staff Name (Print & Signature)  Date

☐ Property Received by:

Staff Name (Print & Signature)  *JAN 8 6 2017*

☐ Property Issued to Inmate by:
*[signature]*  *1-25-17*
Staff Name (Print & Signature - upon inventory)  Date

## Additional Items
*Connect 4*
_____
_____
_____
_____
_____

RECEIVED

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE PROPERTY INVENTORY**
CDCR 1083 (Rev. 05/16)

Page 1 of 1

NAME: _Curley_ CDCR#: _IC46348_ INSTITUTION: _SAC PSY 2_ DATE: _11-8-16_

REASON FOR INVENTORY: _Property Issued New_ SENT TO: _A3_ # OF BOXES: _2_ # OF BAGS: _0_

## Personal Clothing

- ☐ Athletic Shorts . . . . . . . . ___
- ☐ Athletic Supporter . . . . . . ___
- ☐ Briefs / Boxers . . . . . . . . ___
- ☐ Hats and Caps . . . . . . . . ___
- ☐ Head Band . . . . . . . . . . ___
- ☐ Rain Coat / Poncho . . . . . ___
- ☐ Shoelaces . . . . . . . . . . ___
- ☒ Shower Shoes _RBK_ _1_
- ☐ Slippers / House Shoes. . . ___
- ☐ Socks . . . . . . . . . . . . . ___
- ☐ Sweat Pants . . . . . . . . . ___
- ☐ Sweat Shirts . . . . . . . . . ___
- ☐ Tennis Shoes: _____
- ☐ Thermal Tops . . . . . . . . . ___
- ☐ Thermal Bottoms . . . . . . ___
- ☐ Undershirts . . . . . . . . . . ___
- ☐ Wave Caps . . . . . . . . . . ___

### Female Specific

- ☐ Brassieres . . . . . . . . . ___
- ☐ Pajama / Nightgown . . . . ___
- ☐ Panties . . . . . . . . . . . . ___
- ☐ Personal Jeans . . . . . . . ___
- ☐ Robe . . . . . . . . . . . . . ___
- ☐ Sandals: _____
- ☐ Scarf . . . . . . . . . . . . . ___
- ☐ Walking Shoes: _____

## Personal Care/Hygiene

- ☐ After Shave . . . . . . . . . ___
- ☐ Body Powder . . . . . . . . ___
- ☐ Comb/Hair Pick . . . . . . . ___
- ☐ Cosmetic / Shave Bag. . . ___
- ☐ Cotton Swabs . . . . . . . . ___
- ☐ Denture Adhesive . . . . . ___
- ☐ Denture Cleanser . . . . ___
- ☐ Dental Flossers / Gliders. ___
- ☐ Depilatory's (Magic Shave ___
- ☒ Deodorant . . . . . . . . . _3_
- ☐ Face Cream (Noxzema). ___
- ☐ Conditioner . . . . . . . . . ___
- ☒ Hair Oil / Grease . . . . . _1_
- ☐ Hair Ties . . . . . . . . . . . ___
- ☐ Insect Repellant . . . . . . ___
- ☐ Laundry Detergent . . . . . ___
- ☐ Laundry Soap Bar . . . . . ___
- ☐ Lip Balm . . . . . . . . . . . ___
- ☒ Lotions / Baby Oil . . . . . _3_
- ☐ Medication /Over Counter ___
- ☐ Mirror . . . . . . . . . . . . . ___
- ☐ Mouth Wash . . . . . . . . . ___
- ☐ Muscle / Vapor Rub . . . . ___
- ☐ Nail Clipper . . . . . . . . . ___
- ☐ Palm Brush / Comb . . . . ___
- ☐ Perm Curl / Relax Kit . . . ___
- ☐ Perm Wave Kit . . . . . . . ___
- ☐ Perm Wave Rods. . . . . . ___
- ☐ Petroleum Jelly . . . . . . . ___
- ☐ Razors, Disposable . . . . _1_
- ☒ Shampoo _25+h str'g._ ___
- ☐ Shaving Cream / Gel . . . ___
- ☒ Soap Bars . . . . . . . . . _5Yr_
- ☐ Soap liquid-body wash/dish ___
- ☐ Sunblock . . . . . . . . . . . ___
- ☒ Toothbrush . . . . . . . . . _1_
- ☐ Toothbrush Holder . . . . ___
- ☒ Toothpaste / Powder . . . _2_
- ☐ Wash Cloths . . . . . . . . . ___

## Female Specific

- ☐ Bath Towel . . . . . . . . . . ___
- ☐ Blush . . . . . . . . . . . . . . ___
- ☐ Brush . . . . . . . . . . . . . . ___
- ☐ Cotton Balls . . . . . . . . . ___
- ☐ Douche . . . . . . . . . . . . ___
- ☐ Emery Board . . . . . . . . . ___
- ☐ Eyebrow Pencil / Eyeliner ___
- ☐ Eye Shadow Kit. . . . . . . ___
- ☐ Fabric Softener . . . . . . . ___
- ☐ Facial Astringent . . . . . . ___
- ☐ Facial Cleanser. . . . . . . ___
- ☐ Feminine Hygiene Wash ___
- ☐ Foundation . . . . . . . . . . ___
- ☐ Hair Clips / Scrunches. ___
- ☐ Hair Sprays . . . . . . . . . ___
- ☐ Hair Rollers . . . . . . . . . ___
- ☐ Lip gloss / Liner / Lipstick ___
- ☐ Mascara . . . . . . . . . . . ___
- ☐ Pumice Stone . . . . . . . . ___
- ☐ Shower Bag . . . . . . . . . ___
- ☐ Shower Cap . . . . . . . . . ___
- ☐ Shower Puffs / Loofah . . ___
- ☐ Tweezers. . . . . . . . . . . ___

## Food

- ☐ Artificial Sweetener . . . . ___
- ☐ Beverages . . . . . . . . . . ___
- ☐ Candy: Bags ___ Bars ___
- ☐ Canned Food . . . . . . . . ___
- ☐ Cereals . . . . . . . . . . . . ___
- ☐ Cheese . . . . . . . . . . . . ___
- ☒ Chips / Taco Shells . . . . _2_
- ☐ Cocoa . . . . . . . . . . . . . ___
- ☒ Cookies . . . . . . . . . . . . _5_
- ☒ Coffee . . . . . . . . . . . . . _1Yr_
- ☐ Condiments. . . . . . . . . . ___
- ☐ Crackers . . . . . . . . . . . ___
- ☐ Creamer . . . . . . . . . . . ___
- ☐ Dry Mix Drinks . . . . . . . ___
- ☐ Food Pouches . . . . . . . . ___
- ☐ Supplements . . . . . . . . ___
- ☐ Meals, Dry . . . . . . . . . . ___
- ☐ Snack Items . . . . . . . . . ___
- ☐ Nuts . . . . . . . . . . . . . . ___
- ☐ Peanut Butter . . . . . . . . ___
- ☐ Precooked Foods . . . . . ___
- ☐ Protein Supplements . . . ___
- ☒ Soups / Noodles . . . . . _95_
- ☐ Tea (Instant or Bags) . . . ___
- ☒ Vitamins _Brors_ . . . . _3_
- ☐ Dried Fruit/Veg (Female) ___

## Miscellaneous Items

- ☐ Address Book. . . . . . . . . ___
- ☐ Audio Cassettes. . . . . . . ___
- ☐ Ballpoint Pens. . . . . . . . ___
- ☐ Battery Recharger . . . . . ___
- ☐ Batteries . . . . . . . . . . . ___
- ☐ Books / Magazines / Newspapers
- ☐ Bowl . . . . . . . . . . . . . . ___
- ☐ Calendar . . . . . . . . . . . ___
- ☐ Can Opener . . . . . . . . . ___
- ☐ Card Stock / Drawing . . . ___
- ☐ Chalk / Pastels . . . . . . . ___
- ☐ Clock . . . . . . . . . . . . . . ___
- ☐ Combination Lock . . . . . ___
- ☐ Compact Discs . . . . . . . ___

- ☐ Correspondence Course ___
- ☐ Ear Plugs . . . . . . . . . . . ___
- ☐ Envelopes . . . . . . . . . . ___
- ☐ Envelopes, Metered . . . . ___
- ☐ Extension Cord . . . . . . . ___
- ☐ Greeting Cards . . . . . . . ___
- ☐ Handkerchiefs/Bandannas ___
- ☐ Legal Material . . . . . . . . ___
- ☐ Legal Pads / Tablets . . . ___
- ☐ Legal Size Folders Etc. . . ___
- ☐ Light Bulb . . . . . . . . . . ___
- ☐ Pencils . . . . . . . . . . . . ___
- ☐ Pencil Eraser . . . . . . . . ___
- ☐ Pencil Sharpener. . . . . . ___
- ☐ Photos, Loose . . . . . . . . ___
- ☐ Photo Albums. . . . . . . . ___
- ☐ Reading Glasses . . . . . .
  (Non-prescription - magnifying glasses)
- ☐ Stamps . . . . . . . . . . . . ___
- ☐ Stationery . . . . . . . . . . ___
- ☐ Sun Glasses . . . . . . . . . ___
- ☐ Storage Container . . . . . ___
- ☐ Tumbler / Cups . . . . . . . ___
- ☐ Wallet . . . . . . . . . . . . . ___

### Female Specific

- ☐ Antenna Wire (CIW only) . ___
- ☐ Clothes Pins . . . . . . . . . ___
- ☐ Eyeglass Repair Kit. . . . . ___
- ☐ Footlocker (CIW only) . . . ___
- ☐ Hangers . . . . . . . . . . . . ___
- ☐ Immersion Heater. . . . . . ___
- ☐ Umbrella (CIW only). . . . ___

## Games

- ☐ Cards ☐ Checkers ☐ Chess
- ☐ Dominoes ☐ Scrabble
- ☐ Uno (Female Only)

## Religious items

- ☐ Altar Cloth
- ☐ Head Band bead
- ☐ Wrist Band bead
- ☐ Choker Bead
- ☐ Beading Materials: _____
- ☐ Bowl/Chalice____ ☐ Chalk____
- ☐ Religious Medallion & Chain
- Color_____ Material_____
- ☐ Devotional Scapular
- ☐ Dream Catcher
- ☐ Feathers
- ☐ Head Gear ___ ☐ Medicine Bag
- ☐ Miswak ___ ☐ Powders ___
- ☐ Prayer Beads ☐ Prayer Oil___
- ☐ Prayer / Holy cards / Photos___
- ☐ Prayer Rug/Mat ☐ Prayer Shawl
- ☐ Rune Tiles ☐ Sea Salt ___
- ☐ Stones____ ☐ Tallit Katan/Tsitsit
- ☐ Tarot / Rune Cards ☐ Wand
- ☐ Tefillin / Phylacteries _____
- ☐ Herbs:_____

## Registerable Property

- ☒ Audio Entertainment Appliance
  - ☒ AM/FM ☒ CD ☐ Cassette
  - Make: _Clear Teclt_
  - S/N: _WADAPHR_
- ☐ Calculator:
- ☐ CD Wallet
- ☐ Ear Buds / Headphones
  - Make: _____
- ☐ Fan: _____
- ☐ Hair Clipper / Trimmer
  - ☐ A/C ☐ Battery
  - Make: _____
- ☐ Handicraft: _____
- ☐ Hot Pot:
- ☐ Lamp/Book Light
  - ☐ A/C ☐ Battery
  - Make: _____
- ☐ Musical Instrument: ☐ String
  - Make: _____
  - S/N: _____
- ☐ Razor / Groomer
  - Make: _____
  - ☐ A/C ☐ Battery
- ☐ Wedding Ring
  - ☐ White Metal ☐ Yellow Metal
  - Stones ☐ Yes ☐ No
- ☐ Television: ☐ B&W ☐ Color
  - ☐ With CD player ☐ With Radio
  - Tested: ☐ Works ☐ Doesn't Work
  - Make: _____
  - S/N: _____
- ☐ Electronic Tablet
  - Make: _____
  - S/N: _____
- ☐ MP3
  - Make: _____
  - S/N: _____
- ☐ Adapter ☐ Coaxial Cable
  - ☐ Splitter ☐ Digital Antenna
- ☐ Typewriter
  - ☐ Manual ☐ A/C ☐ Battery
  - Make: _____
  - S/N: _____
- ☐ Watch: ☐ Wrist ☐ Pocket
  - Make: _____ Color_____
- ☐ Battery Charger
  - Make: _____

### Female Specific

- ☐ Chain / Necklace / Bracelet
  - ☐ White Metal ☐ Yellow Metal
- ☐ Curling / Flat / Straightening Iron
  - Make: _____
- ☐ Earrings: _____
- ☐ Hair Dryer
  - Make: _____
- ☐ Hair Rollers
  - Make: _____
- ☐ Pressing Comb
  - Make: _____

**Health Care Appliances**

---

☐ **With this signature, I agree that the above listed property is the extent of ALL my property.**

Inmate Signature (upon inventory) _____ CDC # _____ Date _____

☒ **With this signature, I am receiving the property as marked on this inventory sheet.**

Inmate Signature (upon inventory) _____ CDC # _____ Date _____

☐ **Property Inventoried by:**

Staff Name (Print & Signature) _____ Date _____

☐ **Property Received by:**

Staff Name (Print & Signature) _____ Date _____

☐ **Property Issued to inmate:**

Staff Name (Print & Signature - upon inventory) _____ Date _____

## Additional Items

(6) KOP _lotions ointments_
(1) _5'm+ch' space_
(1) _Maxwell earbuds (new)_

DISTRIBUTION - Original R&R.    Copies Inventory Officer, Inmate, Retained in Property being Shipped/Transported

STATE OF CALIFORNIA
INMATE PROPERTY INVENTORY
CDCR 1083 (Rev. 05/16)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

NAME: __Curley__   CDCR#: __IC46348__   INSTITUTION: __SAC PSY 2__   DATE: __11-8-16__

REASON FOR INVENTORY: __Property Issued A54__   SENT TO: __A3__   # OF BOXES: __2__   # OF BAGS: __0__

## Personal Clothing

- ☐ Athletic Shorts . . . . . . . . . ___
- ☐ Athletic Supporter . . . . . . ___
- ☐ Briefs / Boxers . . . . . . . . ___
- ☐ Hats and Caps . . . . . . . . ___
- ☐ Head Band . . . . . . . . . . ___
- ☐ Rain Coat / Poncho . . . . ___
- ☐ Shoelaces . . . . . . . . . . . ___
- ☒ Shower Shoes . R.D.K. . __1__
- ☐ Slippers / House Shoes. . ___
- ☐ Socks . . . . . . . . . . . . . . ___
- ☐ Sweat Pants . . . . . . . . . ___
- ☐ Sweat Shirts . . . . . . . . . ___
- ☐ Tennis Shoes:_____ ___
- ☐ Thermal Tops . . . . . . . . ___
- ☐ Thermal Bottoms . . . . . . ___
- ☐ Undershirts . . . . . . . . . . ___
- ☐ Wave Caps . . . . . . . . . . ___

### Female Specific

- ☐ Brassieres . . . . . . . . . . . ___
- ☐ Pajama / Nightgown . . . . ___
- ☐ Panties . . . . . . . . . . . . . ___
- ☐ Personal Jeans . . . . . . . ___
- ☐ Robe . . . . . . . . . . . . . . ___
- ☐ Sandals:_____ ___
- ☐ Scarf . . . . . . . . . . . . . . ___
- ☐ Walking Shoes:_____ ___

## Personal Care/Hygiene

- ☐ After Shave . . . . . . . . . . ___
- ☐ Body Powder . . . . . . . . ___
- ☐ Comb/Hair Pick . . . . . . ___
- ☐ Cosmetic / Shave Bag. . . ___
- ☐ Cotton Swabs . . . . . . . . ___
- ☐ Denture Adhesive . . . . . ___
- ☐ Denture Cleanser . . . . . . ___
- ☐ Dental Flossers / Gliders. ___
- ☐ Depilatory's (Magic Shave ___
- ☒ Deodorant . . . . . . . . . . __3__
- ☐ Face Cream (Noxzema). . ___
- ☐ Conditioner . . . . . . . . . . ___
- ☒ Hair Oil / Grease . . . . . . __1__
- ☐ Hair Ties . . . . . . . . . . . ___
- ☐ Insect Repellant . . . . . . ___
- ☐ Laundry Detergent . . . . . ___
- ☐ Laundry Soap Bar . . . . . ___
- ☐ Lip Balm . . . . . . . . . . . ___
- ☒ Lotions / Baby Oil . . . . . __3__
- ☐ Medication /Over Counter ___
- ☐ Mirror . . . . . . . . . . . . . ___
- ☐ Mouth Wash . . . . . . . . . ___
- ☐ Muscle / Vapor Rub . . . . ___
- ☐ Nail Clipper . . . . . . . . . ___
- ☐ Palm Brush / Comb . . . . ___
- ☐ Perm Curl / Relax Kit . . . ___
- ☐ Perm Wave Kit . . . . . . . ___
- ☐ Perm Wave Rods. . . . . . ___
- ☐ Petroleum Jelly . . . . . . . ___
- ☐ Razors, Disposable . . . . ___
- ☒ Shampoo Isaberry . . . __1__
- ☐ Shaving Cream / Gel . . . ___
- ☒ Soap Bars . . . . . . . . __5YC__
- ☐ Soap liquid-body wash/dish ___
- ☐ Sunblock . . . . . . . . . . . ___
- ☒ Toothbrush . . . . . . . . . __1__
- ☐ Toothbrush Holder . . . . ___
- ☒ Toothpaste / Powder . . . __2__
- ☐ Wash Cloths . . . . . . . . . ___

## Female Specific

- ☐ Bath Towel . . . . . . . . . . ___
- ☐ Blush . . . . . . . . . . . . . . ___
- ☐ Brush . . . . . . . . . . . . . . ___
- ☐ Cotton Balls . . . . . . . . . ___
- ☐ Douche . . . . . . . . . . . . ___
- ☐ Emery Board . . . . . . . . ___
- ☐ Eyebrow Pencil / Eyeliner ___
- ☐ Eye Shadow Kit. . . . . . . ___
- ☐ Fabric Softener . . . . . . . ___
- ☐ Facial Astringent . . . . . . ___
- ☐ Facial Cleanser. . . . . . . ___
- ☐ Feminine Hygiene Wash ___
- ☐ Foundation . . . . . . . . . . ___
- ☐ Hair Clips / Scrunches. ___
- ☐ Hair Sprays . . . . . . . . . ___
- ☐ Hair Rollers . . . . . . . . . ___
- ☐ Lip gloss / Liner / Lipstick ___
- ☐ Mascara . . . . . . . . . . . ___
- ☐ Pumice Stone . . . . . . . . ___
- ☐ Shower Bag . . . . . . . . . ___
- ☐ Shower Cap . . . . . . . . . ___
- ☐ Shower Puffs / Loofah . . ___
- ☐ Tweezers. . . . . . . . . . . ___

## Food

- ☐ Artificial Sweetener . . . . ___
- ☐ Beverages . . . . . . . . . . ___
- ☐ Candy: Bags ___ Bars ___
- ☐ Canned Food . . . . . . . . ___
- ☐ Cereals . . . . . . . . . . . . ___
- ☒ Cheese . . . . . . . . . . . . ___
- ☒ Chips / Taco Shells . . . __2__
- ☒ Cocoa . . . . . . . . . . . . ___
- ☒ Cookies . . . . . . . . . . . __5__
- ☒ Coffee . . . . . . . . . . . __1YC__
- ☐ Condiments. . . . . . . . . . ___
- ☐ Crackers . . . . . . . . . . . ___
- ☐ Creamer . . . . . . . . . . . ___
- ☐ Dry Mix Drinks . . . . . . . ___
- ☐ Food Pouches . . . . . . . ___
- ☐ Supplements . . . . . . . . ___
- ☐ Meats, Dry . . . . . . . . . ___
- ☐ Snack Items . . . . . . . . . ___
- ☐ Nuts . . . . . . . . . . . . . . ___
- ☐ Peanut Butter . . . . . . . . ___
- ☐ Precooked Foods . . . . . ___
- ☐ Protein Supplements . . . ___
- ☒ Soups / Noodles . . . . . __45__
- ☐ Tea (Instant or Bags) . . ___
- ☒ Vitamins Osmo . . . . . __3__
- ☐ Dried Fruit/Veg (Female) ___

### Miscellaneous Items

- ☐ Address Book . . . . . . . . ___
- ☐ Audio Cassettes. . . . . . ___
- ☐ Ballpoint Pens. . . . . . . . ___
- ☐ Battery Recharger . . . . . ___
- ☐ Batteries . . . . . . . . . . . ___
- ☐ Books / Magazines / Newspapers
- ☐ Bowl . . . . . . . . . . . . . . ___
- ☐ Calendar . . . . . . . . . . . ___
- ☐ Can Opener . . . . . . . . . ___
- ☐ Card Stock / Drawing . . . ___
- ☐ Chalk / Pastels . . . . . . . ___
- ☐ Clock . . . . . . . . . . . . . ___
- ☐ Combination Lock . . . . . ___
- ☐ Compact Discs . . . . . . . ___

- ☐ Correspondence Course ___
- ☐ Ear Plugs . . . . . . . . . . . ___
- ☐ Envelopes . . . . . . . . . . ___
- ☐ Envelopes, Metered . . . . ___
- ☐ Extension Cord . . . . . . . ___
- ☐ Greeting Cards . . . . . . . ___
- ☐ Handkerchiefs/Bandannas ___
- ☐ Legal Material . . . . . . . . ___
- ☐ Legal Pads / Tablets . . . ___
- ☐ Legal Size Folders Etc. . . ___
- ☐ Light Bulb . . . . . . . . . . . ___
- ☐ Pencils . . . . . . . . . . . . ___
- ☐ Pencil Eraser . . . . . . . . ___
- ☐ Pencil Sharpener. . . . . . ___
- ☐ Photos, Loose . . . . . . . ___
- ☐ Photo Albums. . . . . . . . ___
- ☐ Reading Glasses . . . . . ___
  *(Non-prescription - magnifying glasses)*
- ☐ Stamps . . . . . . . . . . . . ___
- ☐ Stationery . . . . . . . . . . ___
- ☐ Sun Glasses . . . . . . . . . ___
- ☐ Storage Container . . . . . ___
- ☐ Tumbler / Cups . . . . . . . ___
- ☐ Wallet . . . . . . . . . . . . . ___

### Female Specific

- ☐ Antenna Wire (CIW only) . ___
- ☐ Clothes Pins . . . . . . . . . ___
- ☐ Eyeglass Repair Kit. . . . . ___
- ☐ Footlocker (CIW only) . . . ___
- ☐ Hangers . . . . . . . . . . . ___
- ☐ Immersion Heater. . . . . . ___
- ☐ Umbrella (CiW only). . . . ___

### Games

- ☐ Cards  ☐ Checkers  ☐ Chess
- ☐ Dominoes  ☐ Scrabble
- ☐ Uno (Female Only)

### Religious Items

- ☐ Altar Cloth
- ☐ Head Band Bead
- ☐ Wrist Band bead
- ☐ Choker Bead
- ☐ Beading Materials:
- ☐ Bowl/Chalice___ ☐ Chalk___
- ☐ Religious Medallion & Chain
  Color_____ Material_____
- ☐ Devotional Scapular
- ☐ Dream Catcher
- ☐ Feathers
- ☐ Head Gear ___ ☐ Medicine Bag
- ☐ Miswak _____ ☐ Powders ___
- ☐ Prayer Beads ☐ Prayer Oil___
- ☐ Prayer / Holy cards / Photos___
- ☐ Prayer Rug/Mat ☐ Prayer Shawl
- ☐ Rune Tiles ☐ Sea Salt ___
- ☐ Stones___ ☐ Tallit Katan/Tsitsit
- ☐ Tarot / Rune Cards ☐ Wand
- ☐ Tefillin / Phylacteries _____
- ☐ Herbs:_____

## Registerable Property

- ☐ Audio Entertainment Appliance
  ☐ AM/FM ☒ CD ☐ Cassette
  Make: _Oluan Tssit_
  S/N: _w/ ADAPAR_
- ☐ Calculator: _____
- ☐ CD Wallet
- ☐ Ear Buds / Headphones
  Make: _____
- ☐ Fan: _____
- ☐ Hair Clipper / Trimmer
  ☐ A/C ☐ Battery
  Make: _____
- ☐ Handicraft: _____
- ☐ Hot Pot: _____
- ☐ Lamp/Book Light
  ☐ A/C ☐ Battery
  Make: _____
- ☐ Musical Instrument:  ☐ String
  Make: _____
  S/N: _____
- ☐ Razor / Groomer
  Make: _____
  ☐ A/C ☐ Battery
- ☐ Wedding Ring
  ☐ White Metal ☐ Yellow Metal
  Stones  ☐ Yes  ☐ No
- ☐ Television: ☐ B&W ☐ Color
  ☐ With CD player w/ Radio
  Tested: ☐ Works ☐ Doesn't Work
  Make: _____
  S/N: _____
- ☐ Electronic Tablet
  Make: _____
  S/N: _____
- ☐ MP3
  Make: _____
  S/N: _____
- ☐ Adapter ☐ Coaxial Cable
  ☐ Splitter ☐ Digital Antenna
- ☐ Typewriter
  ☐ Manual ☐ A/C ☐ Battery
  Make: _____
- ☐ Watch: ☐ Wrist ☐ Pocket
  Make: _____ Color_____
- ☐ Battery Charger
  Make: _____

### Female Specific

- ☐ Chain / Necklace / Bracelet
  ☐ White Metal ☐ Yellow Metal
- ☐ Curling / Flat / Straightening Iron
  Make: _____
- ☐ Earrings: _____
- ☐ Hair Dryer
  Make: _____
- ☐ Hair Rollers
  Make: _____
- ☐ Pressing Comb
  Make: _____

### Health Care Appliances

---

☐ With this signature, I agree that the above listed property is the extent of ALL my property.

Inmate Signature (upon inventory)   CDC #   Date

☒ With this signature, I am receiving the property as marked on this inventory sheet.

Inmate Signature (upon inventory)   CDC #   Date

☐ Property Inventoried by:

Staff Name (Print & Signature)   Date

☐ Property Received by:

Staff Name (Print & Signature)   Date

☐ Property Issued to inmate by:

Staff Name (Print & Signature - upon inventory)   Date

## Additional Items

(6) ICOP lotions notebook
(1) Smachi space
(1) Maxwell Ear Buds (new)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):  (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Curley | Kevin | K46348 | Kevin Curley |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.) |
|---|---|---|---|
| B3-1301 | n/A | HOURS FROM ___ TO ___ | Legal Court doc Filings |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:
I recieved some legal documents from the united states Districts
court stating I must send the documents to the litigation coordinator
so they can be pursued under 'E-Filing! I respectfully
request my united states District court Documents submitted
under E Filing. Thanks.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX.) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☑ SENT THROUGH MAIL: ADDRESSED TO: SVSP Litigation Coordinator      DATE MAILED: 12/20/17
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| | 12/20/17 | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|---|
| | | | (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

We do not do E filing. Please proceed with the
Regular process. It looks like when the court
sent it to you you were at a different institution.
SVSP does not do E-filing.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Curley | Kevin | K46348 | Kevin Curley |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | |
|---|---|---|---|
| B3-130L | n/A | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Legal court doc Filings |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I recieved some legal documents from the United States Districts court stating I must send the documents to the litigation coordinator so they can be pursued under "E-Filing" I respectfully request my United States District court Documents submitted under E-Filing. Thanks

METHOD OF DELIVERY (CHECK APPROPRIATE BOX)  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
☑ SENT THROUGH MAIL: ADDRESSED TO: SVSP Litigation Coordinator      DATE MAILED: 12/20/17
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: T. Wise | DATE: 12/20/17 | SIGNATURE: TW | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES     NO |
|---|---|---|---|
| IF FORWARDED, TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

We do not do E filing. Please proceed with the Regular process. It looks like when the court sent it to you you were at a different institution SVSP does not do E filing.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary – Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

*Roy W. Wesley, Inspector General*



*Office of the Inspector General*

November 30, 2017

Kevin Curley, K46348
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dear Kevin Curley:

The Office of the Inspector General has received your correspondence.

We conducted a review of the third level appeal decision, log # SAC-B-17-00417, and determined no further intervention is warranted by our office at this time.

Thank you for bringing your concerns to our attention. The Office of the Inspector General considers this matter closed.

INTAKE AND REVIEW UNIT
Office of the Inspector General
ES : 17-0024360-PI

COMPLAINT IS HERE FILED OF THE LOSS OF PROPERTY BY CDCR ET. AL., UPON THE ATTACHED
FACTS AND EVIDENCE TO BE RELIED UPON AS MANDATED BY THE CONSTITUTION.

CDCR HELD, AFTER PRODUCTION OF A BLANK 1083 PROPERTY FOR, THAT A UNAUTHENTICATED,
UNVARIFIED, " UNCOMPARED " SIGNATURE WAS OBTAINED ON A UNKNOWN DATE. THAT THIS
SIGNATURE AFTER PRODUCTION OF A BLANK 1083 FORM REFLECTS THAT INMATE K. CURLEY
RECEIVED THE PROPERTY IN QUESTION, THE PRODUCTION OF FALSE EVIDENCE WHICH IS ALSO
IDENTIFIED AS A " INCOMPLETE " DOCUMENT. A INCOMPLETE DOCUMENT, CANNOT BE EXCEPTED,
AND HERE REFLECTS UNKNOWN FACTS RELIED UPON WHICH REFLECTS AN INADEQUATE ADMINISTRATIVE
PROCESS TO REMEDY, RESOLVE THE 602/APPEAL OR STAFF COMPLAINT AS MANDATED BY THE 14th
AMENDMENT.

    a,)   NO FACTS OR EVIDENCE EXIST IN WHICH STAFF HAVE CONSIDERED WHETHER THE ALLEGED
SIGNATURE IS THAT OF KEVIN CURLEY. NO FACTS OR EVIDENCE HAS BEEN FOUND WHICH REFLECTS
THAT THE ALLEGED SIGNATURE IS OF KEVIN CURLEY.
    FACTS TO BE CONSIDERED AT THE SAME TIME, AND UPON THE SAME FACTS WHICH REFLECTS THAT
NO SIGNATURE OF STAFF EXIST, A REQUIRED SIGNATURE WHICH INDICATES THAT STAFF TRANSFERED
THE PROPERTY IN QUESTION TO THE INMATE, OR REMOVED THE PROPERTY FROM THE R&R AREA.
    b.)   CDCR ET. AL., HAS RELIED UPON AN INCOMPLETE DOCUMENT AS THE 1083 FORM. THE
FACTS REFLECT THAT THE " TRANSFER OF PROPERTY " NEVER OCCURED. THE TRANSFER OF PROPERTY
FROM CDCR TO THE INMATE, REQUIRES TWO SIGNATURES AS DOES THE TRANSFER OF ANY PROPERTY
FROM ONE TO ANOTHER.
    NO FACTS EXIST WHICH REFLECTS THAT THE PROPERTY IN QUESTION, WAS ACTUALLY DELIVERED TO
THE PERSON OF KEVIN CURLEY, BUT A SIGNATURE STATED TO BE THAT OF KEVIN CURLEY AFTER THE
PRODUCTION OF A BLANK COPY, AFTER THE FACT, AFTER THE LOSS AND 602/APPEAL WAS FILED.
    c.)   THE ATTACHED PERSONS HAVE VIOLATED THE 14th AMENDMENT DUE PROCESS RIGHTS TO
PROVIDE A ADEQUATE ADMINISTRATIVE PROCESS. CDCR ET. AL., HAVE ENTERED A FINDING IN FAVOR
OF STAFF REGARDLESS OF THE FACTS AND EVIDENCE TO BE CONSIDERED, THE FACTS WHICH
ESTABLISH THAT THE PROPERTY IN QUESTION WAS NEVER RECEIVED BY THE PERSON OF KEVIN
CURLEY, WHO HAS SUFFERED A LOSS OF PROPERTY.
    d.)   RELIEF IS REQUESTED UNDER THE ADMINISTRATIVE REMEDY UPON THESE FACTS AND
EVIDENCE WHICH REFLECTS THAT CDCR ET. AL., HAVE IN FACT CAUSED THE LOSS OF PROPERTY BY
ACTS OF THE EMPLOYEE(S) OF CDCR ET. AL..
    e.)   FOR THIS AGENCY TO FIND CDCR AND ITS EMPLOYEES LIABLE FOR THE LOSS OF PROPERTY,
AND TO PROVIDE ALL AVAILABLE ENFORCEMENT AND REMEDY TO RESOLVE THE LOSS OF PROPERTY
UPON THESE FACTS WHICH REFLECT AN INADEQUATE ADMINISTRATIVE PROCESS AS REQUIRED BY THE
14th AMENDMENT.


CC  :  INSPECTOR GENERAL
       INTERNAL AFFAIRS



DATE SENT (ORIGINAL) TO ABOVE

*Kevin Curley*

KEVIN CURLEY

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, _Kevin Curley_, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

_Kevin Curley K46348_
_CSP-SAC. P·O·Box 290066_
_Represa, CA 95671_

On, _Kevin Curley_, I served the following documents:

_602, writ, proof of services, memos_

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. U.S. DISTRICT COURT     ATTORNEY GENERAL     DIRECTOR CDCR
501 I STR                  1300 I STR           Box 0000 1515 S STR
SACRAMENTO CA 95814        SACRAMENTO CA 95814  SACRAMENTO CA 95814

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _9_ day of _18_, _2017_, at California State Prison - Sacramento, Represa, California.

(Signature) _Kevin Curley_