UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN CURLEY,

    Plaintiff,

v.

D. BAUGHMAN, et al.,

    Defendants.

No. 2:18-cv-0318 TLN CKD P

FINDINGS AND RECOMMENDATIONS

By order filed July 30, 2018, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty-day period has now expired, and plaintiff has not filed an amended complaint.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time

////

////

1

waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 12, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
curl0318.fta

2