UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CURLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. BAUGHMAN, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-0318 TLN CKD P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's September 12, 2018 findings and recommendations are vacated;

2. Plaintiff's motion for an extension of time is granted;

3. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. Failure to file comply with this order will result in a recommendation that this action be dismissed without prejudice; and

4. Plaintiff's motion for extension of time to file objections (ECF 13) is hereby moot.

Dated: October 5, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

curl0318.36(2)